UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Case No. 08 CV 1093
GEORGE W. BROWN,

                    Plaintiff,        Judge Lawrence M. McKenna

-against-

THE BROOKDALE HOSPITAL MEDICAL CENTER,
SANJEEV RAJPAL, M.D., CLASS SURGERY
BROOKLYN GROUP, P.C., THE MOUNT SINAI
HOSPITAL, HOWARD CHOI, M.D., DANIELLE      **NOTICE OF**
PERRET, M.D., BRIAN RIORDAN, M.D., NEW         **CHANGE OF**
FRANKLIN REHABILITATION & HEALTH CARE     **ADDRESS**
FACILITY, LLC, FRANKLIN CENTER FOR
REHABILITATION & NURSING, INC., FRANKLIN
CENTER FOR REHABILAITION & NURSING,
ISRAEL SHERMAN, WILLIAM DUKE, M.D.,
HILLSIDE MANOR COMPREHENSIVE CARE
CENTER, and THE NEW YORK HOSPITAL
MEDICAL CENTER OF QUEENS,

                    Defendants.
------------------------------------------------------------X

      PLEASE TAKE NOTICE that WILLIAM T. COLLINS, III, ESQ. formerly of Simmons, Jannace & Stagg, LLP, with offices located at 75 Jackson Avenue, Syosset, New York 11791 is now an associate of FUREY, FUREY, LEVERAGE, MANZIONE, WILLIAMS & DARLINGTON, P.C., with offices located at 600 Front Street, Hempstead, New York 11550; telephone (516) 538-2500; facsimile (516) 489-5056.  Mr. Collins' direct e-mail is wcollins@fureylaw.com

Dated: Hempstead, New York
       February 27, 2008

                                      Yours, etc.,
                                      FUREY, FUREY, LEVERAGE, MANZIONE,
                                      WILLIAMS & DARLINGTON, P.C.
                                      By: _____
                                         WILLIAM T. COLLINS, III (WTC 2249)
                                         Attorneys for Defendant
                                         **HILLSIDE MANOR**
                                         **COMPREHENSIVE CARE CENTER**
                                         Office Address:
                                         600 Front Street
                                         Hempstead, New York 11550
                                         (516) 538-2500