UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x   Case No.: 08 CV 1093
GEORGE W. BROWN,

                    Plaintiff,                **RULE 7.1 DISCLOSURE**

   -against-

THE BROOKDALE HOSPITAL MEDICAL CENTER,    **J. McKenna**
SANJEEV RAJPAL, M.D., CLASS SURGERY
BROOKLYN GROUP, P.C., THE MOUNT SINAI
HOSPITAL, HOWARD CHOI, M.D., DANIELLE
PERRET, M.D., BRIAN RIORDAN, M.D., NEW
FRANKLIN REHABILITATION & HEALTH CARE
FACILITY, LLC, FRANKLIN CENTER FOR
REHABILITATION & NURSING, INC., FRANKLIN
CENTER FOR REHABILAITION & NURSING,
ISRAEL SHERMAN, WILLIAM DUKE, M.D.,
HILLSIDE MANOR COMPREHENSIVE CARE
CENTER, and THE NEW YORK HOSPITAL
MEDICAL CENTER OF QUEENS,

                    Defendants.
------------------------------------------------------------------------x

      Pursuant to Local Civil Rule 7.1 of the Rules of this Court, defendant, HILLSIDE MANOR COMPREHENSIVE CARE CENTER, by its attorneys, FUREY, FUREY, LEVERAGE, MANZIONE, WILLIAMS & DARLINGTON, P.C., submits the following identification of any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation:

      Hillside Manor Comprehensive Care Center is a d/b/a of Hillside Diagnostic and Treatment Center, LLC and no publicly held corporation owns 10% or more of its stock.

Dated: Hempstead, NY
       February 27, 2008

Yours, etc.,

FUREY, FUREY, LEVERAGE, MANZIONE,
WILLIAMS & DARLINGTON, P.C.

By: _____
WILLIAM T. COLLINS, III (WTC 2249)
**Attorneys for Defendant**
HILLSIDE MANOR
COMPREHENSIVE CARE CENTER
Office Address:
600 Front Street
Hempstead, New York 11550
(516) 538-2500

To:

LEAHEY & JOHNSON, P.C.
Attn: Peter James Johnson, Jr. (PJJ 5589)
**Attorneys for Plaintiff**
120 Wall Street, Ste. 2220
New York, New York 10005
(212) 269-7308

THE BROOKDALE HOSPITAL MEDICAL CENTER
**Defendant Pro Se**
One Brookdale Plaza
Brooklyn, New York 11212

SANJEEV RAJPAL, M.D.
**Defendant Pro Se**
1633 Remsen Avenue
Brooklyn, New York 11236

CLASS SURGERY BROOKLYN GROUP, P.C.
**Defendant Pro Se**
1633 Remsen Avenue
Brooklyn, New York 11236

NEW FRANKLIN REHABILITATION
and HEALTH CARE FACILITY, LLC
**Defendant Pro Se**
147-27 Franklin Avenue
Flushing, New York 11355

FRANKLIN CENTER FOR REHABILITATION
& NURSING, INC.
**Defendant Pro Se**
147-27 Franklin Avenue
Flushing, New York 11355

FRANKLIN CENTER FOR REHABILITATION
& NURSING
**Defendant Pro Se**
147-27 Franklin Avenue
Flushing, New York 11355

ISRAEL SHERMAN
**Defendant Pro Se**
7233 137th Street
Flushing, New York 11367-2310

THE NEW YORK HOSPITAL MEDICAL
CENTER OF QUEENS
**Defendant Pro Se**
56-45 Main Street
Flushing, New York 11355

WILLIAM DUKE, M.D.
**Defendant Pro Se**
118-11 Hillside Avenue
Hollis, New York 11423

THE MOUNT SINAI HOSPITAL
**Defendant Pro Se**
One Gustave L. Levy Place
New York, New York 10029

HOWARD CHOI, M.D.
**Defendant Pro Se**
One Gustave L. Levy Place
New York, New York 10029

DANIELLE PERRET, M.D.
**Defendant Pro Se**
One Gustave L. Levy Place
New York, New York 10029

BRIAN RIORDAN, M.D.
**Defendant Pro Se**
One Gustave L. Levy Place
New York, New York 10029

## Certificate of Mailing

I hereby certify that a copy of the foregoing **RULE 7.1 DISCLOSURE** pursuant to Federal Rule of Civil Procedure §26 was mailed by First Class postage prepaid this 27th day of February 2008, and was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules on Electronic Service, upon all counsel and parties of record as indicated on the Service List below:

WILLIAM T. COLLINS, III
(WTC 2249)

## Service List

LEAHEY & JOHNSON, P.C.
Attn: Peter James Johnson, Jr. (PJJ 5589)
**Attorneys for Plaintiff**
120 Wall Street, Ste. 2220
New York, New York 10005
(212) 269-7308

THE BROOKDALE HOSPITAL MEDICAL CENTER
**Defendant Pro Se**
One Brookdale Plaza
Brooklyn, New York 11212

SANJEEV RAJPAL, M.D.
**Defendant Pro Se**
1633 Remsen Avenue
Brooklyn, New York 11236

CLASS SURGERY BROOKLYN GROUP, P.C.
**Defendant Pro Se**
1633 Remsen Avenue
Brooklyn, New York 11236

NEW FRANKLIN REHABILITATION
and HEALTH CARE FACILITY, LLC
**Defendant Pro Se**
147-27 Franklin Avenue
Flushing, New York 11355

FRANKLIN CENTER FOR REHABILITATION
& NURSING, INC.
**Defendant Pro Se**
147-27 Franklin Avenue
Flushing, New York 11355

FRANKLIN CENTER FOR REHABILITATION
& NURSING
**Defendant Pro Se**
147-27 Franklin Avenue
Flushing, New York 11355

ISRAEL SHERMAN
**Defendant Pro Se**
7233 137th Street
Flushing, New York 11367-2310

THE NEW YORK HOSPITAL MEDICAL
CENTER OF QUEENS
**Defendant Pro Se**
56-45 Main Street
Flushing, New York 11355

WILLIAM DUKE, M.D.
**Defendant Pro Se**
118-11 Hillside Avenue
Hollis, New York 11423

THE MOUNT SINAI HOSPITAL
**Defendant Pro Se**
One Gustave L. Levy Place
New York, New York 10029

HOWARD CHOI, M.D.
**Defendant Pro Se**
One Gustave L. Levy Place
New York, New York 10029

DANIELLE PERRET, M.D.
**Defendant Pro Se**
One Gustave L. Levy Place
New York, New York 10029

BRIAN RIORDAN, M.D.
**Defendant Pro Se**
One Gustave L. Levy Place
New York, New York 10029

BRIAN RIORDAN, M.D.
**Defendant Pro Se**
One Gustave L. Levy Place
New York, New York 10029

Case No. 08 CV 1093 (Judge McKenna, U.S.D.J.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE W. BROWN,

                        Plaintiff,

-against-

THE BROOKDALE HOSPITAL MEDICAL CENTER, SANJEEV RAJPAL, M.D., CLASS SURGERY BROOKLYN GROUP, P.C., THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D., DANIELLE PERRET, M.D., BRIAN RIORDAN, M.D., NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILAITION & NURSING, ISRAEL SHERMAN, WILLIAM DUKE, M.D., HILLSIDE MANOR COMPREHENSIVE CARE CENTER, and THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS,

                        Defendants.

---

*RULE 7.1 DISCLOSURE*

---

**Furey, Furey, Leverage, Manzione, Williams & Darlington, P.C.**
**By William T. Collins, III, Esq. (WTC 2249)**
*Attorneys for Defendant*
**HILLSIDE MANOR COMPREHENSIVE CARE CENTER**
600 FRONT STREET
HEMPSTEAD, NEW YORK 11550
(516) 538-2500
Fax No. 516-489-5056