MFM/sp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GEORGE W. BROWN,

                          Plaintiff,

-against-

THE BROOKDALE HOSPITAL MEDICAL CENTER, SANJEEV RAJPAL, M.D., CLASS SURGERY BROOKLYN GROUP, P.C., THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D., DANIELLE PERRET, M.D., BRIAN RIORDAN, M.D., NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION & NURSING, ISRAEL SHERMAN, WILLIAM DUKE, M.D., HILLSIDE MANOR COMPREHENSIVE CARE CENTER, and THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS,

                          Defendants.
------------------------------------------------------------------X

**ANSWER**

Case No.: 08 CV 1093

**JURY TRIAL DEMANDED**

      Defendant THE BROOKDALE UNIVERSITY HOSPITAL AND MEDICAL CENTER, by it attorneys, MARTIN CLEARWATER & BELL LLP, answers the plaintiff's complaint as follows, upon information and belief:

      1.     Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the complaint designated "1", "2", "3", "4", "6", "7", "8", "9", "10", "11", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22", "23", "24", "25", "26", "27", "28", "29", "30", "31", "32", "33", "34", "35", "36", "37", "38", "39", "40", "41", "42", "43", "44", "45", "46", "47", "48", "49", "50", "51", "52", "53", "54", "55", "56", "62", "63", "64", "65", "66", "67", "68", "69", "70", "71", "72", "73", "74", "75", "76", "77", "79", "80" and "81".

1108890_1.DOC

2. Denies each and every allegation contained in the paragraphs of the complaint designated "5", "57", "58", "59", "60", "61" and "78".

## AS TO THE FIRST CAUSE OF ACTION

3. Repeats and reiterates each and every denial and denial of knowledge or information sufficient to form a belief as to each of the allegations of the complaint reiterated and realleged by the plaintiff in the paragraph of the complaint designated "82".

4. Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the complaint designated "83", "84", "85", "86", "87", "88", "89", "90", "91", "92", "93", "94", "95", "96" and "97".

## AS TO THE SECOND CAUSE OF ACTION

5. Repeats and reiterates each and every denial and denial of knowledge or information sufficient to form a belief as to each of the allegations of the complaint reiterated and realleged by the plaintiff in the paragraph of the complaint designated "98".

6. Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the complaint designated "99", "100", "101", "102", "103", "104", "105", "106", "107" and "108".

## AS TO THE THIRD CAUSE OF ACTION

7. Repeats and reiterates each and every denial and denial of knowledge or information sufficient to form a belief as to each of the allegations of the complaint reiterated and realleged by the plaintiff in the paragraph of the complaint designated "109".

8. Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the complaint designated "110", "111", "112", "113", "114", "115", "116", "117", "118" and "119".

## AS TO THE FOURTH CAUSE OF ACTION

9. Repeats and reiterates each and every denial and denial of knowledge or information sufficient to form a belief as to each of the allegations of the complaint reiterated and realleged by the plaintiff in the paragraph of the complaint designated "120".

10. Denies each and every allegation contained in the paragraphs of the complaint designated "121", "122", "126", "127", "128", "129" and "130".

11. Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the complaint designated "123" and "124".

12. Denies each and every allegation contained in the paragraphs of the complaint designated "125", except admits that defendant rendered certain professional services in accordance with acceptable medical standards and due care.

## AS TO THE FIFTH CAUSE OF ACTION

13. Repeats and reiterates each and every denial and denial of knowledge or information sufficient to form a belief as to each of the allegations of the complaint reiterated and realleged by the plaintiff in the paragraph of the complaint designated "131".

14. Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the complaint designated "132", "133", "134", "135", "136", "137", "138", "139", "140", "141" and "142".

## AS TO THE SIXTH CAUSE OF ACTION

15. Repeats and reiterates each and every denial and denial of knowledge or information sufficient to form a belief as to each of the allegations of the complaint reiterated and realleged by the plaintiff in the paragraph of the complaint designated "143".

16. Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the complaint designated "144", "145", "146", "147", "148", "149", "150", "151", "152" and "153".

### AS TO THE SEVENTH CAUSE OF ACTION

17. Repeats and reiterates each and every denial and denial of knowledge or information sufficient to form a belief as to each of the allegations of the complaint reiterated and realleged by the plaintiff in the paragraph of the complaint designated "154".

18. Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the complaint designated "155", "156", "157", "158", "159", "160", "161", "162", "163", "164" and "165".

### AS TO THE EIGHTH CAUSE OF ACTION

19. Repeats and reiterates each and every denial and denial of knowledge or information sufficient to form a belief as to each of the allegations of the complaint reiterated and realleged by the plaintiff in the paragraph of the complaint designated "166".

20. Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the complaint designated "167", "168", "169", "170", "171", "172", "173", "174", "175", "176" and "177".

### AS TO THE DAMAGES

21. Denies each and every allegation contained in the paragraphs of the complaint designated "178".

### AS TO THE CERTIFICATE OF MERIT

22. Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the complaint designated "179".

## AS A FIRST AFFIRMATIVE DEFENSE

23. Defendant THE BROOKDALE UNIVERSITY HOSPITAL AND MEDICAL CENTER denies liability, but if liability is found against this defendant and the liability is found to be 50% or less of the total liability assigned to all persons liable, then this defendant invokes the limits on liability for noneconomic loss set forth in CPLR §1601.

## AS A SECOND AFFIRMATIVE DEFENSE

24. That defendant asserts the terms, provisions, limitations and rights contained in §4545 of the CPLR.

## AS A THIRD AFFIRMATIVE DEFENSE

25. Whatever injuries plaintiff may have sustained at the time and place alleged in the complaint were caused in whole or in part or were contributed to by the culpable conduct and want of care on the part of the plaintiff.

## JURY DEMAND

26. Defendants hereby demand a trial by jury on all issues so triable.

WHEREFORE, defendant THE BROOKDALE UNIVERSITY HOSPITAL AND MEDICAL CENTER demands judgment dismissing the complaint herein, together with the costs and disbursements of this action.

Dated: New York, New York
　　　　March 7, 2008

Yours, etc.,

MARTIN CLEARWATER & BELL LLP

By: _____
     Michael F. Madden (MFM 7075)
A Member of the Firm
Attorneys for Defendant
THE BROOKDALE UNIVERSITY HOSPITAL AND
MEDICAL CENTER
220 East 42nd Street, 13th Floor
New York, New York 10017
(212) 697-3122

TO:
LEAHEY & JOHNSON, P.C.
Attorneys for Plaintiff
120 Wall Street, Suite 2220
New York, New York 10005
(212) 269-7308

SANJEEV RAJPAL, M.D. &
CLASS SURGERY BROOKLYN GROUP, P.C.
1633 Remsen Avenue
Brooklyn, New York 11236
**NO APPEARANCES TO DATE**

NEW FRANKLIN REHABILITATION and HEALTH CARE FACILITY, LLC.,
FRANKLIN CENTER FOR REHABILITATION & NURSING, INC. and
FRANKLIN CENTER FOR REHABILITATION & NURSING
147-27 Franklin Avenue
Flushing, New York 11355
**NO APPEARANCES TO DATE**

ISRAEL SHERMAN
7233 137th Street
Flushing, New York 11367-2310
**NO APPEARANCE TO DATE**

THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS
56-45 Main Street
Flushing, New York 11355
**NO APPEARANCE TO DATE**

1108890_1.DOC

WILLIAM DUKE, M.D. and
HILLSIDE MANOR COMPREHENSIVE CARE CENTER
118-11 Hillside Avenue
Hollis, New York 11423
**NO APPEARANCES TO DATE**

THE MOUNT SINAI HOSPITAL,
HOWARD CHOI, M.D.,
DANIELLE PERRET, M.D. and
BRIAN RIORDAN, M.D.
One Gustave L. Levy Place
New York, New York 10029
**NO APPEARANCES TO DATE**

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, the foregoing **ANSWER** was filed via the Court's electronic filing System. Parties may access this filing through the Court's system. Service was also made via regular U.S. Mail on the following:

LEAHEY & JOHNSON, P.C.
Attorneys for Plaintiff
120 Wall Street, Suite 2220
New York, New York 10005

SANJEEV RAJPAL, M.D. & CLASS SURGERY
BROOKLYN GROUP, P.C.
1633 Remsen Avenue
Brooklyn, New York 11236
**NO APPEARANCES TO DATE**

NEW FRANKLIN REHABILITATION and
HEALTH CARE FACILITY, LLC., FRANKLIN
CENTER FOR REHABILITATION & NURSING,
INC. and FRANKLIN CENTER FOR
REHABILITATION & NURSING
147-27 Franklin Avenue
Flushing, New York 11355
**NO APPEARANCES TO DATE**

ISRAEL SHERMAN
7233 137th Street
Flushing, New York 11367-2310
**NO APPEARANCE TO DATE**

THE NEW YORK HOSPITAL MEDICAL CENTER
OF QUEENS
56-45 Main Street
Flushing, New York 11355
**NO APPEARANCE TO DATE**

WILLIAM DUKE, M.D. and HILLSIDE MANOR
COMPREHENSIVE CARE CENTER
118-11 Hillside Avenue
Hollis, New York 11423
**NO APPEARANCES TO DATE**

THE MOUNT SINAI HOSPITAL,
HOWARD CHOI, M.D.,
DANIELLE PERRET, M.D. and
BRIAN RIORDAN, M.D.
One Gustave L. Levy Place
New York, New York 10029
**NO APPEARANCES TO DATE**

By: _____
Michael F. Madden (MFM 7075)