MFM/sp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GEORGE W. BROWN,

                         Plaintiff,

   -against-

THE BROOKDALE HOSPITAL MEDICAL CENTER, SANJEEV RAJPAL, M.D., CLASS SURGERY BROOKLYN GROUP, P.C., THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D., DANIELLE PERRET, M.D., BRIAN RIORDAN, M.D., NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION & NURSING, ISRAEL SHERMAN, WILLIAM DUKE, M.D., HILLSIDE MANOR COMPREHENSIVE CARE CENTER, and THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS,

                         Defendants.
------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

Case No.: 08 CV 1093

**JURY TRIAL DEMANDED**

     Pursuant to Rule 7.1 of the local rules of the US District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **THE BROOKDALE UNIVERSITY HOSPITAL AND MEDICAL CENTER,** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: **NONE**

Dated: New York, New York
       March 7, 2008

1109249_1.DOC

Yours, etc.,

MARTIN CLEARWATER & BELL LLP

By: _____
Michael F. Madden (MFM 7075)
A Member of the Firm
Attorneys for Defendant
THE BROOKDALE UNIVERSITY HOSPITAL AND
MEDICAL CENTER
220 East 42nd Street, 13th Floor
New York, New York 10017
(212) 697-3122

TO:
LEAHEY & JOHNSON, P.C.
Attorneys for Plaintiff
120 Wall Street, Suite 2220
New York, New York 10005
(212) 269-7308

SANJEEV RAJPAL, M.D. &
CLASS SURGERY BROOKLYN GROUP, P.C.
1633 Remsen Avenue
Brooklyn, New York 11236
**NO APPEARANCES TO DATE**

NEW FRANKLIN REHABILITATION and HEALTH CARE FACILITY, LLC.,
FRANKLIN CENTER FOR REHABILITATION & NURSING, INC. and
FRANKLIN CENTER FOR REHABILITATION & NURSING
147-27 Franklin Avenue
Flushing, New York 11355
**NO APPEARANCES TO DATE**

ISRAEL SHERMAN
7233 137th Street
Flushing, New York 11367-2310
**NO APPEARANCE TO DATE**

THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS
56-45 Main Street
Flushing, New York 11355
**NO APPEARANCE TO DATE**

2

1109249_1.DOC

WILLIAM DUKE, M.D. and
HILLSIDE MANOR COMPREHENSIVE CARE CENTER
118-11 Hillside Avenue
Hollis, New York 11423
**NO APPEARANCES TO DATE**

THE MOUNT SINAI HOSPITAL,
HOWARD CHOI, M.D.,
DANIELLE PERRET, M.D. and
BRIAN RIORDAN, M.D.
One Gustave L. Levy Place
New York, New York 10029
**NO APPEARANCES TO DATE**

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2008, the foregoing **RULE 7.1 STATEMENT** was filed via the Court's electronic filing System. Parties may access this filing through the Court's system. Service was also made via regular U.S. Mail on the following:

LEAHEY & JOHNSON, P.C.
Attorneys for Plaintiff
120 Wall Street, Suite 2220
New York, New York 10005

SANJEEV RAJPAL, M.D. & CLASS SURGERY
BROOKLYN GROUP, P.C.
1633 Remsen Avenue
Brooklyn, New York 11236
**NO APPEARANCES TO DATE**

NEW FRANKLIN REHABILITATION and
HEALTH CARE FACILITY, LLC., FRANKLIN
CENTER FOR REHABILITATION & NURSING,
INC. and FRANKLIN CENTER FOR
REHABILITATION & NURSING
147-27 Franklin Avenue
Flushing, New York 11355
**NO APPEARANCES TO DATE**

ISRAEL SHERMAN
7233 137th Street
Flushing, New York 11367-2310
**NO APPEARANCE TO DATE**

THE NEW YORK HOSPITAL MEDICAL CENTER
OF QUEENS
56-45 Main Street
Flushing, New York 11355
**NO APPEARANCE TO DATE**

WILLIAM DUKE, M.D. and HILLSIDE MANOR
COMPREHENSIVE CARE CENTER
118-11 Hillside Avenue
Hollis, New York 11423
**NO APPEARANCES TO DATE**

THE MOUNT SINAI HOSPITAL,
HOWARD CHOI, M.D.,
DANIELLE PERRET, M.D. and
BRIAN RIORDAN, M.D.
One Gustave L. Levy Place
New York, New York 10029
**NO APPEARANCES TO DATE**

By: _____
Michael F. Madden (MFM 7075)