## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 cv 1093 　　　　　　　　　　　　　　　　　　Purchased/Filed: February 4, 2008
STATE OF NEW YORK　　UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT

George W. Brown　　　　　　　　　　　　　　　　　Plaintiff

against

The Brookdale Hospital Medical Center, et al　　　　　　Defendant

STATE OF NEW YORK
COUNTY OF ALBANY　　SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on February 12, 2008, at 2:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint with Jury Trial Demand on The Brookdale Hospital Medical Center Sued Herein As Brookdale Hospital Medical Center, the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Not for Profit Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 38　　Approx. Wt: 145　　Approx. Ht: 5'5"
Color of skin: White　　Hair color: Blonde　　Sex: F　　Other:

Sworn to before me on this
14th day of February, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0801481

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179