AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER     DATE: 02/08/2008 02:40PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

SANJEEV RAJPAL, M.D.

Place where served:     1663 Remsen Avenue, Brooklyn, NY 11236

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Elise Elliott

Relationship to defendant: front desk coordinator

Description of person accepting service:

SEX: f     AGE: 30     HEIGHT: 5'8"     WEIGHT: 130     SKIN: black     HAIR: black     OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

copies of the documents were mailed to the above address of 1663 Remsen Avenue, Brooklyn New York, 11236. Documents were mailed via regular mail from zip code 07083.

**STATEMENT OF SERVER**

TRAVEL $ ____.____     SERVICES $ ____.____     TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/21/2008     *Lucille Galdini* L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    MICHAEL DEMPSEY, ESQ
PLAINTIFF:   GEORGE W. BROWN
DEFENDANT:   THE BROOKDALE HOSPITAL MEDICAL CENTER, ET AL
VENUE:       NYDISTRICT
DOCKET:      08 CV 1093

MARK C. EISENBERG
Notary Public, State Of New York
No. 01EI4958991
Qualified in Nassau County
Commission Expires November 20, 20__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.