| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: SUMMONS IN A CIVIL CASE, COMPLAINT<br>EFFECTED (1) BY ME: OUT OF STATE<br>TITLE: PROCESS SERVER | DATE: 02/19/2008  09:00PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

ISRAEL SHERMAN

Place where served:

72-33 137th Street, Flushing, NY 11352

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

T. Sherman (refused first name)

Relationship to defendant: son

Description of person accepting service:

SEX: m   AGE: 17   HEIGHT: 5'8"   WEIGHT: 145   SKIN: white   HAIR: brown   OTHER: glasses and skull cap

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

Service attempts - 2/7/08 4:30pm; 2/08/08 12:35pm; 2/8/08 6:50pm; 2/9/08 9:25am; 2/15/08 12:45pm

Copies of the documents were mailed to the above address of 72-33 137th street, Flushing, NY on 02/21/2008. Documents were mailed via regular mail from zip code 07083.

**STATEMENT OF SERVER**

TRAVEL $ ____.____   SERVICES $ ____.____   TOTAL $ ____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/21/2008     _____ L.S.
SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

LAUREN E. EISENBERG
Notary Public, State of New York
No. 01EI6093871
Qualified in Suffolk County
Commission Expires June 9, 20__

ATTORNEY: MICHAEL DEMPSEY, ESQ
PLAINTIFF: GEORGE W. BROWN
DEFENDANT: THE BROOKDALE HOSPITAL MEDICAL CENTER, ET AL
VENUE: NYDISTRICT
DOCKET: 08 CV 1093

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.