## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 cv 1093                                                                          Purchased/Filed: February 4, 2008

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT

---

George W. Brown                                                                                          Plaintiff

against

The Brookdale Hospital Medical Center, et al                                                 Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____March 14, 2008_____, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Jury Trial Demand

on

_____Brooklyn Surgical Group P.C. sha Class Surgery Brooklyn Group, PC_____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __38__    Approx. Wt: __145__    Approx. Ht: __5'5"__
Color of skin: __White__    Hair color: __Blonde__    Sex: __F__    Other: _____

Sworn to before me on this

__17th__ day of _____March, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

*Jessica Miller*
Jessica Miller

Invoice•Work Order # SP0802468

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**