## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 cv 1093                                                          Purchased/Filed: February 4, 2008

STATE OF NEW YORK     UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT

George W. Brown — Plaintiff

against

The Brookdale Hospital Medical Center, et al — Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY     SS.:

_____Lewis Sperber_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 15, 2008_____, at _____2:00pm_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint with Jury Trial Demand on

_____Franklin Center for Rehabilitation & Nursing, Inc. sha Franklin Center for Rehab & Nursing, Inc._____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, _____2_____ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____40_____ dollars; That said service was made pursuant to Section _____306 Business Corporation Law_____.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: _____38_____  Approx. Wt: _____145_____  Approx. Ht: _____5'5"_____  
Color of skin: _____White_____  Hair color: _____Blonde_____  Sex: _____F_____  Other: _____

Sworn to before me on this

_____20th_____ day of _____February, 2008_____

DONNA M. TIDINGS  
NOTARY PUBLIC, State of New York  
No. 01TI4898570, Qualified in Albany County  
Commission Expires June 15, 2011

Lewis Sperber

Invoice•Work Order # SP0801484

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179