# AFFIDAVIT OF SERVICE

Attorney: MICHAEL DEMPSEY, ESQ., , ,
UNITED STATES DISTRICT COURT, Southern District of New York   DOC/INDEX #08-CV-1093   JUDGE MCKENNA   PURCHASED:

GEORGE BROWN,                                    BROOKDALE HOSPITAL MEDICAL CENTER, ET AL.,

| PLAINTIFF / PETITIONER | DEFENDANT / RESPONDENT |
|---|---|

I, LUCILLE GALTIERI-Lic#1249825, being first duly sworn, deposes and says: that I reside in the County of Nassau, New York, and that I am over the age of 18 years and not a party to this action and that within the boundaries of the state where services were effectected, I was authorized by law to perform said service.

On **February 7, 2008** at **4:12:00 PM**
Name Of Person/Entity Being Served
**Service:** I served   HILLSIDE COMPREHENSIVE CARE CENTER

with (list Documents)   SUMMONS IN A CIVIL CASE, COMPLAINT
by leaving with   MAUREEN FRISONE                              ADMINISTRATOR
                  Name                                          Title/Relationship

○ Residence  ● Business   188-11 HILLSIDE AVE, HOLLIS, NY, 11423
                          Address         City / State / Zip

Thereafter copies of the documents were mailed by prepaid, first class mail on
Mailing was made to the address below bearing legend Personal & Confidential and not indicating legal action
From:                               To:

**Manner of Service:**

- Personal: ............................. By personally delivering copies to the person being served.
- Substituted at Residence: ... By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
- ● Service at Business: ........... By leaving, during office hours, copies at the office of the person/entity being served with the person who stated he/she was authorized to accept service of the process.
- Posting: ................................ By posting in a conspicuous manner to the front door of the person/entity being served

I asked the person spoken to whether he/she was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. They wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the state or federal statues.

Non-Service: after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

| "X" if Applies | Unknown At Address | Moved, Left No Forwarding | Service Cancelled By Litigant |
|---|---|---|---|
| | Unable To Serve In A Timely Fashion | Address Does Not Exist | Other |

Service Attempts: Service was attempted on (1)    (2)    (3)
(4)        (5)        (6)

DESCRIPTION: Sex **F**  Race **White**  Age **55**  Height **5'6**  Weight **140**  Hair **Brown**
"X" if Applies   Mustache   Beard   Glasses   Tattoo(s)   OTHER

Subscribed and Sworn to before me this   8 day of February, 2008

MARK C. EISENBERG
Notary Public, State Of New York
No. 01EI4958991
Qualified in Nassau County
Commission Expires November 20, 20 09

LUCILLE GALTIERI-Lic#1249825