## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 cv 1093

Purchased/Filed: February 4, 2008

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT

George W. Brown     Plaintiff

against

The Brookdale Hospital Medical Center, et al     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on February 13, 2008, at 2:00pm, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint with Jury Trial Demand on Franklin Center for Rehabilation & Nursing, Inc. sha Franklin Center for Rehab & Nursing, the Defendant in this action, by delivering to and leaving with Chad Matice, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 28     Approx. Wt: 200     Approx. Ht: 6'0"
Color of skin: White     Hair color: Brown     Sex: M     Other:

Sworn to before me on this
15th day of February, 2008

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0801485

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179