UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x
GEORGE W. BROWN,                                          :    08 CV 1093 (LMK)

                              Plaintiff(s),     :    Assigned to:
                                                                         Judge Lawrence M. McKenna

   - against -                                                        :

THE BROOKDALE HOSPITAL MEDICAL CENTER,         :
SANJEEV RAJPAL, M.D., CLASS SURGERY
BROOKLYN GROUP, P.C., THE MOUNT SINAI              :
HOSPITAL, HOWARD CHOI, M.D., DANIELLE
PERRET, M.D., BRIAN RIORDAN, M.D., NEW              :
FRANKLIN REHABILITATION & HEALTH CARE
FACILITY, LLC, FRANKLIN CENTER FOR                    :
REHABILITATION & NURSING, INC., FRANKLIN
CENTER FOR REHABILITATION & NURSING,              :
ISRAEL SHERMAN, WILLIAM DUKE, M.D.,
HILLSIDE MANOR COMPREHENSIVE CARE                :
CENTER, and THE NEW YORK HOSPITAL
MEDICAL CENTER OF QUEENS,                                   :

                                Defendants.      :
-------------------------------------------------------------------------- x

     PURSUANT TO RULE 7.1 [formerly Rule 1.9] OF THE LOCAL RULES OF THE U.S. DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR THE MOUNT SINAI HOSPITAL, s/h/a THE MOUNT SINAI MEDICAL CENTER, HOWARD CHOI, M.D., DANIELLE PERRET, M.D. and BRIAN RIORDAN, M.D., (PRIVATE NON-GOVERNMENTAL PARTIES) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD.

     NONE.

Dated: New York, New York
       April 4, 2008

3184098.1

Yours, etc.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
Robin Nemia Gregory (RNG 4785)
Attorneys for Defendants
**THE MOUNT SINAI HOSPITAL,
HOWARD CHOI, M.D.,
DANIELLE PERRET, M.D. and
BRIAN RIORDAN, M.D.**
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000
File No. 22930.00949

TO:   LEAHEY & JOHNSON, P.C.
      Attorneys for Plaintiff(s)
      120 Wall Street, Suite 2220
      New York, New York 10005
      (212) 269-7308

      FUREY, FUREY, LEVERAGE, MANZIONE, WILLIAMS
        & DARLINGTON, P.C.
      Attorneys for Defendant Hillside Manor Comprehensive Care Center
      600 Front Street
      Hempstead, New York 11550
      (516) 538-2500
      (516) 489-5056 (fax)

      WAGNER, DOMAN & LETO, P.C.
      Attorneys for Defendant The New York Hospital Medical Center of Queens, Inc.
      227 Mineola Blvd.
      Mineola, New York 11501
      (516) 742-1444
      (516) 742-1204 (fax)

      MARTIN CLEARWATER & BELL LLP
      Attorneys for Defendant The Brookdale Hospital Medical Center
      220 East 42nd Street
      New York, New York 10017
      (212) 697-3122
      (212) 949-7054 (fax)

3184098.1

KOPFF, MARDELLI & DOPF, LLP
Attorneys for Defendant Israel Sherman
440 Ninth Avenue
New York, New York 10001
(212) 330-0279
(212) 643-0862 (fax)

3184098.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

ETHEL WESTPHAL, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Warwick, New York.

That on the 7th day of April, 2008, deponent served the within **RULE 7.1 STATEMENT** upon:

>LEAHEY & JOHNSON, P.C.
>Attorneys for Plaintiff(s)
>120 Wall Street, Suite 2220
>New York, New York 10005
>
>FUREY, FUREY, LEVERAGE, MANZIONE, WILLIAMS
>& DARLINGTON, P.C.
>Attorneys for Defendant Hillside Manor Comprehensive Care Center
>600 Front Street
>Hempstead, New York 11550
>
>WAGNER, DOMAN & LETO, P.C.
>Attorneys for Defendant
>The New York Hospital Medical Center of Queens, Inc.
>227 Mineola Blvd.
>Mineola, New York 11501
>
>MARTIN CLEARWATER & BELL LLP
>Attorneys for Defendant The Brookdale Hospital Medical Center
>220 East 42nd Street
>New York, New York 10017
>
>KOPFF, MARDELLI & DOPF, LLP
>Attorneys for Defendant Israel Sherman
>440 Ninth Avenue
>New York, New York 10001

at the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed envelope, in an official United States Postal depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
ETHEL WESTPHAL

Sworn to before me this
7th day of April, 2008

_____
Notary Public

CAROL AMES
NOTARY PUBLIC, State of New York
No. 01AM4784432
Qualified in Queens County
Commission Expires March 30, 2011

3186496.1