UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
GEORGE W. BROWN,                                             :    08 CV 1093 (LMK)

                    Plaintiff(s),                             :    **VERIFIED ANSWER**

   - against -                                                      :    Assigned to:
                                                                  Judge Lawrence M. McKenna
THE BROOKDALE HOSPITAL MEDICAL CENTER,      :
SANJEEV RAJPAL, M.D., CLASS SURGERY
BROOKLYN GROUP, P.C., THE MOUNT SINAI              :
HOSPITAL, HOWARD CHOI, M.D., DANIELLE
PERRET, M.D., BRIAN RIORDAN, M.D., NEW               :
FRANKLIN REHABILITATION & HEALTH CARE
FACILITY, LLC, FRANKLIN CENTER FOR                       :
REHABILITATION & NURSING, INC., FRANKLIN
CENTER FOR REHABILITATION & NURSING,              :
ISRAEL SHERMAN, WILLIAM DUKE, M.D.,
HILLSIDE MANOR COMPREHENSIVE CARE                :
CENTER, and THE NEW YORK HOSPITAL
MEDICAL CENTER OF QUEENS,                                      :

                      Defendants.                          :
-------------------------------------------------------------------- x

Defendants, THE MOUNT SINAI HOSPITAL and HOWARD CHOI, M.D., by their attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, respond to the allegations in the Complaint as follows:

### AS AND FOR AN ANSWER AS TO NATURE OF THE CASE

1.    Deny the allegations contained in paragraphs "1", "2", "3", "4" and "6".

2.    Deny in the form alleged and deny as improperly pleaded evidentiary material as to paragraphs "5", "7" and "8" and refer all questions of law to this Honorable Court.

### AS AND FOR AN ANSWER AS TO JURISDICTION AND VENUE AND PARTIES

3.    Deny the allegations contained in paragraphs "9", "10", "64", "65" and "73" in the form alleged and refer all questions of law to this Honorable Court.

4. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "11", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22", "23", "24", "25", "26", "27", "28", "29", "30", "31", "32", "33", "34", "35", "36", "37", "38", "39", "40", "41", "42", "43", "44", "45", "46", "47", "48", "49", "50", "51", "52", "53", "54", "55", "56", "57", "58", "59", "60", "61", "74", "75", "76" and "77" and refer all questions of law to this Honorable Court.

5. Deny the allegations contained in paragraph "62" in the form alleged except admit that THE MOUNT SINAI HOSPITAL is a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York and refer all questions of law to this Honorable Court.

6. Deny the allegations contained in paragraph "63" in the form alleged except admit that THE MOUNT SINAI HOSPITAL maintained appropriate services incident to its function as a hospital and refer all questions of law to this Honorable Court.

7. Deny the allegations contained in paragraph "66" in the form alleged except admit that plaintiff, George W. Brown was a patient of The Mount Sinai Hospital.

8. Deny the allegations contained in paragraph "68" in the form alleged except admit that plaintiff George W. Brown was a patient of Howard Choi, M.D.

9. Deny the allegations contained in paragraph "70" in the form alleged except admit that plaintiff George W. Brown was a patient of Danielle Perret, M.D.

10. Deny the allegations contained in paragraph "72" in the form alleged except admit that plaintiff George W. Brown was a patient of Brian Riordan, M.D.

## AS AND FOR AN ANSWER AS TO GENERAL FACTUAL BACKGROUND

11. Deny in the form alleged and deny as improperly pleaded evidentiary material as to paragraphs "78", "80" and "81" and refer all questions of law to this Honorable Court.

12. Deny the allegations contained in paragraph "79".

## AS AND FOR AN ANSWER TO THE FIRST CAUSE OF ACTION AS TO NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION & NURSING, ISRAEL SHERMAN and WILLIAM DUKE, M.D.

13. In response to paragraph "82", repeat each admission or denial made herein as though fully set forth hereat.

14. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "83" and "84" and refer all questions of law to this Honorable Court.

15. Deny knowledge and information sufficient to form a belief as to the truth of the allegations and deny as improperly pleaded evidentiary material as to paragraph "85" and refer all questions of law to this Honorable Court.

16. Deny in the form alleged and deny as improperly pleaded evidentiary material as to paragraphs "86", "87", "88", "89", "90", "91", "92", "93", "94", "95", "96" and "97" and refer all questions of law to this Honorable Court.

## AS AND FOR AN ANSWER TO THE SECOND CAUSE OF ACTION AS TO NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION & NURSING, ISRAEL SHERMAN and WILLIAM DUKE, M.D., PURSUANT TO 42. U.S.C. §1395i-3; 42 U.S.C. §1396r and 42 CFR Part 483, et seq.

17. In response to paragraph "98", repeat each admission or denial made herein as though fully set forth hereat.

3140944.1

18. Deny knowledge or information sufficient to form a belief as to the truth of the allegations and deny the allegations in the form alleged as to paragraphs "99", "100", "101", "102", "103", "104", "105", "106", "107" and "108" and refer all questions of law to this Honorable Court.

### AS AND FOR AN ANSWER TO THE THIRD CAUSE OF ACTION AS TO NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION & NURSING, ISRAEL SHERMAN and WILLIAM DUKE, M.D., UNDER NEW YORK PUBLIC HEALTH LAW §2801-d and 10 NYCRR §415.12

19. In response to paragraph "109", repeat each admission or denial made herein as though fully set forth hereat.

20. Deny knowledge or information sufficient to form a belief as to the truth of the allegations and deny the allegations in the form alleged as to paragraphs "110", "111", "112", "113", "114", "115", "116", "117", "118" and "119" and refer all questions of law to this Honorable Court.

### AS AND FOR AN ANSWER TO THE FOURTH CAUSE OF ACTION AS TO THE BROOKDALE HOSPITAL MEDICAL CENTER and SANJEEV RAJPAL, M.D.

21. In response to paragraph "120", repeat each admission or denial made herein as though fully set forth hereat.

22. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "121", "122", "123", "124" and "125" and refer all questions of law to this Honorable Court.

23. Deny knowledge or information sufficient to form a belief as to the truth of the allegations and deny the allegations in the form alleged as to paragraphs "126", "127", "128" and "129" refer all questions of law to this Honorable Court.

3140944.1

24. Deny the allegations contained in paragraph "130".

### AS AND FOR AN ANSWER TO THE FIFTH CAUSE OF ACTION AS TO SANJEEV RAJPAL, M.D. and CLASS SURGERY BROOKLYN GROUP, P.C.

25. In response to paragraph "131", repeat each admission or denial made herein as though fully set forth hereat.

26. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "132", "133", "134", "135", "136" and "137" and refer all questions of law to this Honorable Court.

27. Deny knowledge or information sufficient to form a belief as to the truth of the allegations and deny the allegations in the form alleged as to paragraphs "138", "139", "140" and "141" refer all questions of law to this Honorable Court.

28. Deny the allegations contained in paragraph "142".

### AS AND FOR AN ANSWER TO THE SIXTH CAUSE OF ACTION AS TO THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D., DANIELLE PERRET, M.D. and BRIAN RIORDAN, M.D.

29. In response to paragraph "143", repeat each admission or denial made herein as though fully set forth hereat.

30. Deny the allegations contained in paragraphs "144", "145" and "148" in the form alleged and refer all questions of law to this Honorable Court.

31. Deny in the form alleged and deny as improperly pleaded evidentiary material as to paragraphs "146" and "147" and refer all questions of law to this Honorable Court.

32. Deny the allegations contained in paragraphs "149", "150", "151", "152" and "153".

**AS AND FOR AN ANSWER TO THE SEVENTH CAUSE
OF ACTION AS TO WILLIAM DUKE, M.D. and HILLSIDE
MANOR COMPREHENSIVE CARE CENTER**

33. In response to paragraph "154", repeat each admission or denial made herein as though fully set forth hereat.

34. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "155", "156", "157", "158", "159", "160" and "162" and refer all questions of law to this Honorable Court.

35. Deny knowledge or information sufficient to form a belief as to the truth of the allegations and deny the allegations in the form alleged as to paragraphs "161", "163" and "164" and refer all questions of law to this Honorable Court.

36. Deny the allegations contained in paragraph "165".

**AS AND FOR AN ANSWER TO THE EIGHTH CAUSE OF
ACTION AS TO THE NEW YORK HOSPITAL MEDICAL
CENTER OF QUEENS and WILLIAM DUKE, M.D.**

37. In response to paragraph "166", repeat each admission or denial made herein as though fully set forth hereat.

38. Deny knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs "167", "168", "169", "170", "171" and "172" and refer all questions of law to this Honorable Court.

39. Deny knowledge or information sufficient to form a belief as to the truth of the allegations and deny the allegations in the form alleged as to paragraphs "173", "174", "175" and "176" and refer all questions of law to this Honorable Court.

40. Deny the allegations contained in paragraph "177".

3140944.1

## AS AND FOR AN ANSWER AS TO DAMAGES

41.    Deny the allegations contained in paragraph "178".

## AS AND FOR AN ANSWER AS TO CERTIFICATE OF MERIT

42.    Deny the allegations contained in paragraph "179" in the form alleged and refer all questions of law to this Honorable Court.

## AS AND FOR AN ANSWER AS TO DEMAND FOR JURY TRIAL

43.    Deny the allegations contained in paragraph "180" in the form alleged and refer all questions of law to this Honorable Court.

## AS AND FOR AN ANSWER AS TO PRAYER FOR RELIEF

44.    Deny the allegations contained in paragraphs "1" and "2".

## AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, THESE ANSWERING DEFENDANTS, ALLEGE AS FOLLOWS

45.    Pursuant to CPLR Article 16, the liability, if any, of the answering defendants, for non-economic loss shall not exceed their equitable shares of liability.

## AS AND FOR A SECOND, SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE, THESE ANSWERING DEFENDANTS, ALLEGE AS FOLLOWS

46.    That the injuries of the plaintiff were caused in whole or in part by the culpable conduct of the plaintiff which either bars the claims completely or else diminishes the damages by the proportion that such culpable conduct of the plaintiff bears to the total culpable conduct causing the injuries.

3140944.1

**AS AND FOR A THIRD, SEPARATE AND
COMPLETE AFFIRMATIVE DEFENSE, THESE
ANSWERING DEFENDANTS, ALLEGE AS FOLLOWS**

47.   The Complaint fails to state a cause of action upon which relief may be granted.

**WHEREFORE**, defendants, THE MOUNT SINAI HOSPITAL and HOWARD CHOI, M.D. demand judgment dismissing the complaint together with the costs and disbursements of this action.

Dated: New York, New York
       March 11, 2008

                                    Yours, etc.

         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                              By: _____
                                  Robin Nemia Gregory (RNG 4785)
                                  Attorneys for Defendants
                                  **THE MOUNT SINAI HOSPITAL
                                  and HOWARD CHOI, M.D.**
                                  150 East 42nd Street
                                  New York, New York 10017-5639
                                  (212) 490-3000
                                  File No. 22930.00949

TO:   LEAHEY & JOHNSON, P.C.
      Attorneys for Plaintiff(s)
      120 Wall Street, Suite 2220
      New York, New York 10005
      (212) 269-7308

- 8 -

3140944.1

Re: GEORGE W. BROWN, v. THE BROOKDALE HOSPITAL MEDICAL CENTER, SANJEEV RAJPAL, M.D., CLASS SURGERY BROOKLYN GROUP, P.C., THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D., DANIELLE PERRET, M.D., BRIAN RIORDAN, M.D., NEW FRANKLYN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC, ISRAEL SHERMAN, WILLIAM DUKE, M.D., HILLSIDE MANOR COMPREHENSIVE CARE CENTER, and THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS

YOUR FILE NO: 22930.00949

## CORPORATE VERIFICATION

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF NEW YORK )

  **MICHAEL G. MACDONALD**, being duly sworn, deposes and says that deponent is Executive Vice President and General Counsel of THE MOUNT SINAI HOSPITAL, the corporation named in the within action; that deponent has read the foregoing Answer and knows the contents thereof; that same is true to deponent's knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters deponent believes it to be true.

  This verification is made by deponent because THE MOUNT SINAI HOSPITAL is a domestic corporation. Deponent is an officer thereof, to wit, its Executive Vice President and General Counsel. The grounds of deponent's belief as to all matters not stated upon deponent's knowledge are as follows: Records and files kept by Mount Sinai Hospital during the normal course of business as a Hospital.

                 _____
                  Michael G. Macdonald
                  Executive Vice President
                  and General Counsel

Sworn to before me this 20th
day of March , 200 8

_____
NOTARY PUBLIC

Lorenna M. Fuentes
Notary Public, State Of New York
Qualified in New York County
LIC. #01FU5098919
Commission Expires Sept. 22, 2011

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

      ETHEL WESTPHAL, being duly sworn, deposes and says: that deponent is not a party to the action, is over 18 years of age and resides at Warwick, New York.

      That on the 11th day of March, 2008, deponent served the within **VERIFIED ANSWER** upon:

> LEAHEY & JOHNSON, P.C.
> Attorneys for Plaintiff(s)
> 120 Wall Street, Suite 2220
> New York, New York 10005

at the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed envelope, in an official United States Postal depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
ETHEL WESTPHAL

Sworn to before me this
11th day of March, 2008

_____
Notary Public

ERAIDA ROBLEDO
NOTARY PUBLIC, State of New York
No. 01RO5037889
Qualified in Bronx County
Commission Expires January 17, 20__

3148360.1