George W. Brown

Index No. 08 CV 1093

against                                    Plaintiff(s)

The Brookdale Hospital Medical Center, et
al

Defendant(s)

*AFFIDAVIT OF
SERVICE OF SUMMONS
(AND COMPLAINT)*

STATE OF NEW YORK, COUNTY OF Nassau        SS:   The undersigned, being duly sworn, deposes and says; deponent
is not a party herein, is over 18 years of age and resides at P.O Box 530 Wantagh, NY 11793
That on 4/24/08                at 9:00        p M., at 21203 33rd Ave Bayside NY
deponent served the within summons, *and complaint on* Dr. William Duke

INDIVIDUAL
1.
■
by delivering a true copy *of each* to said defendant personally; deponent knew the person so served to be the person described
as said defendant therein.
defendant therein named,

CORPORATION
2.
a
personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and
knew said individual to be
corporation, by delivering thereat a true copy *of each* to
thereof.

SUITABLE
AGE PERSON
3.
by delivering thereat a true copy *of each* to
and discretion. Said premises is defendant's--actual place of business--dwelling place--usual place of abode--within the state.
a person of suitable age

AFFIXING TO
DOOR, ETC.
4.
by affixing a true copy *of each* to the door of said premises, which is defendant's--actual place of business--dwelling place--
usual place of abode--within the state.  Deponent was unable, with due diligence to find defendant or a person of suitable age
and discretion thereat, having called there

MAILING TO
RESIDENCE
USE WITH 3 OR 4
5A.
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to
defendant at defendant's last known residence, at
and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within
New York State.

MAILING TO
BUSINESS
USE WITH 3 OR 4
5B.
Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class postpaid envelope properly
addressed to defendant at defendant's actual place of business, at
in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.  The
envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or
otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION
USE WITH
1,2,or 3

| ■ Male | White Skin | Black Hair | White Hair | 14-20 Yrs. | Under 5' | Under 100 Lbs. |
| Female | Black Skin | Brown Hair | Balding | 21-35 Yrs. | 5'0"-5'3" | 100-130 Lbs. |
| | Yellow Skin | Blonde Hair | Mustache | ■ 36-50 Yrs. | 5'4"-5'8" | ■ 131-160 Lbs. |
| | Brown Skin | ■ Gray Hair | Beard | 51-65 Yrs. | 5'9"-6'0" | 161-200 Lbs. |
| | Red Skin | Red Hair | Glasses | Over 65 Yrs. | ■ Over 6' | Over 200 Lbs. |

Other identifying features:

Dr. Duke indicated he already received these documents.

USE IN
NYC CIVIL CT.
The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the
additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR
§208.6(d) and (f).

MILITARY
SERVICE
I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York
in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The
source of my information and the grounds of my belief are the conversations and observations above narrated.  Upon
information and belief I aver that the recipient is not in military service of New York State or of the United States as that term
is defined in either the State or in the Federal statutes.

Sworn to before me on this 30th day of April
2008        Michael Spitaleri
License No. 1276605

RICHARD CAVE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CA6183359
Qualified in Nassau County
My Commission Expires March 10, 2012