UNITES STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GEORGE W. BROWN

                                                          08 CV 1093

                  Plaintiffs
      -against-

                                                        AFFIDAVIT
                                                          OF SERVICE

THE BROOKDALE HOSPITAL MEDICAL CENTER,
SANJEEV RAJPAL, M.D., CLASS SURGERY
BROOKLYN GROUP, P.C., NEW FRANKLIN
REHABILITATION & HEALTH CARE FACILITY, LLC,
FRANKLIN CENTER FOR REHABILITATION & NURSING, INC.,
FRANKLIN CENTER FOR REHABILITATION & NURSING,
ISRAEL SHERMAN, WILLIAM DUKE, M.D.,
HILLSIDE MANOR COMPREHENSIVE CARE CENTER,
and THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS

                  Defendant
-----------------------------------------------------------------x

STATE OF NEW YORK   )
                                SS:
COUNTY OF NEW YORK  )

**MICHAEL G. DEMPSEY**, being duly sworn, deposes and says that on the **2nd** day of **May, 2008**, he served the **Summons and Complaint,** upon the party whose name and addresses is set forth below, by enclosing a true copy thereof in a securely sealed postpaid wrapper, addressed to their offices, and by depositing the same in the Post Office regularly maintained by the United State Government.

      To:  NEW FRANKIN REHABILITATION & HEALTH CARE FACILITY, LLC
            147-27 Franklin Avenue
            Flushing, New York 11355

Deponent is over 18 years of age, is not a party to the action and resides in Nassau County, New York.

                                                                     Michael G. Dempsey

Sworn before me this
2nd day of **May**, 2008

_____
Notary Public

                WILLIAM J. GORDON
         Notary Public, State of New York
                No. 41-4962628
            Qualified in Queens County
       Certficate Filed in _____ County
      Commission Expires February 20, 2010