State of Connecticut )
                     )  SS:    Monroe         March 16, 2008
County of Fairfield  )

Charles M. Valentino being duly sworn, deposes and says: I am over the age of 18 years, I am not a party of this action, and I am authorized to make service of process by the laws of the State of Connecticut, to with: **STATE MARSHAL, COUNTY OF FAIRFIELD, STATE OF CONNECTICUT**
I served the CIVIL SUMMONS on the defendant, **Brian M. Riordan, M.D.** in the following manner:

By delivering and leaving with said defendant personally, a true copy thereof at:
**Brian M. Riordan, M.D.**, 16 Harvester Road, Monroe, Connecticut, on the 16th day of March 2008, at around 8:30 P.M.

From the investigation made by me in my serving process in this matter, I am ascertained that the defendant is not in the military

A description of the defendant is as follows: **Approximate weight**: 180lbs. **Approximate Height**: 5'8" **Age:** 40ish **Sex:** Male **Color of Skin:** white **Color of Hair:** Brown **Eyes:** Brown

List of any other identifying features:

Attest:
Charles M. Valentino
State Marshal for
Fairfield County

Fees for Service:
Notary Public County Seal:

Sworn before me the 18th day of March 2008

Irene P. Valentino
Notary Public
My commission expires: February 9, 2010