```
LEAHEY & JOHNSON, PC
120 WALL STREET
NEW YORK, NY 10005
PHONE: (212) 369-7308      REF. NO: S0800000009304
ATTORNEY FOR: PLAINTIFF

UNITED STATES DISTRICT COURT                CASE NO: 08CV1093
SOUTHERN DISTRICT                           PROOF OF SERVICE
NEW YORK, NY

PLAINTIFF: GEORGE W. BROWN
DEFENDANT: THE BROOKDALE HOSPITAL MEDICAL CENTER ET AL

HEARING DATE:     - -     TIME:              DEPT/DIV:

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY
   TO THIS ACTION, AND I SERVED COPIES OF THE:
   SUMMONS IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND

2. A. PARTY SERVED:        DANIELLE PERRET MD
   B. PERSON SERVED:       NANCY HOVE, DIR OF RISK MGMT, AUTH AGENT OF
   C. ADDRESS:             101 THE CITY DRIVE (UCI MEDICAL CENTER)
                           ORANGE, CA 92868

3. I SERVED THE PARTY NAMED IN ITEM 2
   A. BY PERSONALLY DELIVERING THE COPIES
       (1) ON:             03-14-08
       (2) AT:             1050 HRS

4. THE "NOTICE TO THE PERSON SERVED" (ON THE SUMMONS) WAS COMPLETED
   AS FOLLOWS:

5. PERSON SERVING:         A.  FEE FOR SERVICE:         $45.00
   L.D. ORTIZ, # 6209
   LAGUNA HILLS DIVISION
   23141 MOULTON PARKWAY, SUITE 120
   LAGUNA HILLS, CA 92653
   (949) 472-6942

7. I AM A CALIFORNIA SHERIFF AND I CERTIFY THAT THE FOREGOING IS TRUE
   AND CORRECT.

   DATE:    03-19-08             JACK ANDERSON, ACTING SHERIFF-CORONER

                                 L.D. ORTIZ, # 6209

JUD. COUN. FORM, RULE 982(A)(23)
```



**TOM DALY**
ORANGE COUNTY CLERK - RECORDER

ORANGE COUNTY
CLERK-RECORDER'S OFFICE
12 Civic Center Plaza, Room 106, P.O. BOX 238, Santa Ana, CA 92702
web: www.oc.ca.gov/recorder/
PHONE (714)834-5284    FAX (714)834-2500

# NOTARY SIGNATURE AUTHENTICATED

STATE OF CALIFORNIA
County of Orange

I, **Tom Daly,** Orange County Clerk - Recorder in and for said County, having by law a seal, do hereby certify that **LISA M FIELDS** whose name is subscribed to the attached certificate of acknowledgement, proof of affidavit, was at the time of taking such acknowledgement, proof or affidavit, a Notary Public IN AND FOR **ORANGE COUNTY,** duly commissioned and sworn and residing in said County, and was, as such, an officer of said State, duly authorized by the laws thereof to take and certify the same, as well as to take and certify the proof and acknowledgement of deeds and other instruments in writing to be recorded in said State, and that full faith and credit are and ought to be given to his official acts; that the impression of his official seal is not required by law to be filed in the office of the ORANGE County Clerk-Recorder office. I further certify that I am well acquainted with his handwriting and verily believe that the **Signature to the attached copy certificate is his genuine signature, and further that the annexed instrument is executed and acknowledged according to the laws of the State of California.**

IN WITNESS WHEREOF, I have here unto set my hand and affixed the seal of said County Clerk-Recorder.

This 4th Day of April, 2008

TOM DALY
ORANGE COUNTY CLERK - RECORDER
in and for the County of Orange
By: _____ Deputy
Tanna White

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Orange__

On __4-3-8__ before me, __Lisa M Fields__,
  Date                                          Here Insert Name and Title of the Officer

personally appeared __L. D. Ortiz__
                                          Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Lisa M Fields__
                  Signature of Notary Public

[Notary Seal: LISA M. FIELDS, COMM. # 1707708, NOTARY PUBLIC - CALIFORNIA, ORANGE COUNTY, My Comm. Exp. Dec. 1, 2010]

Place Notary Seal Above

———————————— OPTIONAL ————————————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: __Proof of service S08-9304__

Document Date: __3-19-8__                    Number of Pages: __1__

Signer(s) Other Than Named Above: __no other signers__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5907    Reorder: Call Toll-Free 1-800-876-6827

CLERK'S CERTIFICATE

Subscribed and sworn before me this ___19th___ day of ___March___, 20 _08_, by _L.D. Ortiz_, who I certify was at the date of such service and is now a Deputy Sheriff of Orange County in the State of California, and as such officer is duly authorized to serve process in civil actions within said state and is an officer of the court of which I am the clerk.

Witness my hand and the seal of the Superior Court, Harbor Justice Center - Laguna Hills Facility. Within and for The County and State aforesaid. Alan Slater, Clerk

By _____
        Deputy Clerk