UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
BROWN :
: 08 Civ. 1093 (LMM)
        Plaintiff(s), :
: CASE MANAGEMENT PLAN
     - against -    : AND SCHEDULING ORDER
:
BROOKDALE HOSPITAL :   USDC SDNY
MEDICAL CENTER, ET AL. :   DOCUMENT
        Defendant(s). :   ELECTRONICALLY FILED
:   DOC #: _____
------------------------------------x   DATE FILED: 5/19/08

McKENNA, D.J.

1. Referred to Magistrate Judge _____ for General Pretrial after Initial Case Management Conference.

2. ___ Complex   ___ Standard   ___ Expedited

3. Initial document production to be completed by _____.

4. Party depositions to be completed by _____.

5. ~~Third party~~ *Fact* depositions to be completed by 9/15/08.

6. Parties and counsel to meet to discuss settlement by _____.

7. Experts' reports to be served by _____.

8. Experts' depositions to be completed by 10/31/08.

9. All discovery to be completed by _____.

10. Next pretrial conference 9/16/08 at 4:00 P.M.

11. Parties consent to trial by Magistrate Judge: ___ Yes ___ No.

12. Other directions:


Dated:   New York, New York
         5/19/08
                                    SO ORDERED.

                                    _____
                                    LAWRENCE M. McKENNA
                                    U.S.D.J.