```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
===========================================X   Case No.: 08 CV 1093
GEORGE W. BROWN,                                LMM

                    Plaintiff,
                                                ANSWER
        -against-

THE BROOKDALE HOSPITAL MEDICAL CENTER,
SANJEEV RAJPAL, M.D., CLASS SURGERY
BROOKLYN GROUP, P.C., THE MOUNT SINAI           Jury Trial
HOSPITAL, HOWARD CHOI, M.D., DANIELLE           Demanded
PERRET, M.D., BRIAN RIORDAN, M.D., NEW
FRANKLIN REHABILITATION & HEALTH CARE
FACILITY, LLC, FRANKLIN CENTER FOR
REHABILITATION & NURSING, INC., FRANKLIN
CENTER FOR REHABILITATION & NURSING,
ISRAEL SHERMAN, WILLIAM DUKE, M.D.,
HILLSIDE MANOR COMPREHENSIVE CARE
CENTER, and THE NEW YORK HOSPITAL
MEDICAL CENTER OF QUEENS,

                    Defendants.
===========================================X
```

Defendant, **SANJEEV RAJPAL, M.D.**, by his attorneys, **BELAIR & EVANS LLP**, for his Answer to the plaintiff's Complaint, states as follows:

### AS TO THE FIRST CAUSE OF ACTION

**FIRST:** Denies each and every allegation contained in the paragraphs of the Complaint designated "3" and "4".

**SECOND:** Denies each and every allegation contained in the paragraph of the Complaint designated "47", except admits that defendant **SANJEEV RAJPAL, M.D.** is a physician duly licensed to practice medicine in the State of New York.

**THIRD:** Denies each and every allegation contained in the paragraphs of the Complaint designated "5", "54", "55", "56" and "78", except admits that defendant **SANJEEV RAJPAL, M.D.** saw plaintiff at certain times.

**FOURTH:** Denies each and every allegation contained in the

paragraph of the Complaint designated "2", except denies knowledge or information sufficient to form a belief as to those allegations pertaining to the co-defendants.

**FIFTH:** Admits each and every allegation contained in the paragraph of the Complaint designated "48".

**SIXTH:** Denies each and every allegation contained in the paragraph of the Complaint designated "49", except admits that defendant **CLASS SURGERY BROOKLYN GROUP, P.C.** is incorporated in the State of New York.

**SEVENTH:** Denies each and every allegation contained in the paragraphs of the Complaint designated "50", "51", "52" and "53", except admits that defendant **SANJEEV RAJPAL, M.D.** is a shareholder of **CLASS SURGERY BROOKLYN GROUP, P.C.**

**EIGHTH:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the Complaint designated "1", "6", "7", "8", "9", "10", "11", "12", "13", "14", "15", "16", "17", "18", "19", "20", "21", "22", "23", "24", "25", "26", "27", "28", "29", "30", "31", "32", "33", "34", "35", "36", "37", "38", "39", "40", "41", "42", "43", "44", "45", "46", "57", "58", "59", "60", "61", "62", "63", "64", "65", "66", "67", "68", "69", "70", "71", "72", "73", "74", "75", "76", "77", "79", "80" and "81".

<u>**AS TO THE SECOND CAUSE OF ACTION**</u>

**NINTH:** Repeats, reiterates and realleges each and every response to paragraphs numbered "1" through "81" of the Complaint as though fully set forth at length herein.

**TENTH:** Denies knowledge or information sufficient to form

a belief as to each and every allegation contained in the paragraphs of the Complaint designated "83", "84", "85", "86", "87", "88", "89", "90", "91", "92", "93", "94", "95", "96" and "97".

### AS TO THE THIRD CAUSE OF ACTION

**ELEVENTH**: Repeats, reiterates and realleges each and every response to paragraphs numbered "1" through "97" of the Complaint as though fully set forth at length herein.

**TWELFTH**: Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the Complaint designated "99", "100", "101", "102", "103", "104", "105", "106", "107" and "108".

### AS TO THE FOURTH CAUSE OF ACTION

**THIRTEENTH**: Repeats, reiterates and realleges each and every response to paragraphs numbered "1" through "108" of the Complaint as though fully set forth at length herein.

**FOURTEENTH**: Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the Complaint designated "110", "111", "112", "113", "114", "115", "116", "117", "118" and "119".

### AS TO THE FIFTH CAUSE OF ACTION

**FIFTEENTH**: Repeats, reiterates and realleges each and every response to paragraphs numbered "1" through "119" of the Complaint as though fully set forth at length herein.

**SIXTEENTH**: Denies each and every allegation contained in the paragraphs of the Complaint designated "126", "127", "128", "129" and "130".

**SEVENTEENTH:** Denies each and every allegation contained in the paragraph of the Complaint designated "121", except admits that defendant **SANJEEV RAJPAL, M.D.** is a physician duly licensed to practice medicine in the State of New York.

**EIGHTEENTH:** Denies each and every allegation contained in the paragraph of the Complaint designated "122", except admits that defendant **SANJEEV RAJPAL, M.D.** saw plaintiff at certain times.

**NINETEENTH:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the Complaint designated "123", "124" and "125".

### AS TO THE SIXTH CAUSE OF ACTION

**TWENTIETH:** Repeats, reiterates and realleges each and every response to paragraphs numbered "1" through "130" of the Complaint as though fully set forth at length herein.

**TWENTY-FIRST:** Denies each and every allegation contained in the paragraphs of the Complaint designated "132", "133", "134", "135", "136" and "137", except admits that defendant **SANJEEV RAJPAL, M.D.** saw plaintiff at certain times.

**TWENTY-SECOND:** Denies each and every allegation contained in the paragraphs of the Complaint designated "138", "139", "140", "141" and "142".

### AS TO THE SEVENTH CAUSE OF ACTION

**TWENTY-THIRD:** Repeats, reiterates and realleges each and every response to paragraphs numbered "1" through "142" of the Complaint as though fully set forth at length herein.

**TWENTY-FOURTH:** Denies knowledge or information sufficient

to form a belief as to each and every allegation contained in the paragraphs of the Complaint designated "144", "145", "146", "147", "148", "149", "150", "151 and "152".

**TWENTY-FIFTH:** Denies each and every allegation contained in the paragraph of the Complaint designated "153".

### AS TO THE EIGHTH CAUSE OF ACTION

**TWENTY-SIXTH:** Repeats, reiterates and realleges each and every response to paragraphs numbered "1" through "153" of the Complaint as though fully set forth at length herein.

**TWENTY-SEVENTH:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the Complaint designated "155", "156", "157", "158", "159", "160", "161", "162", "163" and "164".

**TWENTY-EIGHTH:** Denies each and every allegation contained in the paragraph of the Complaint designated "165".

### AS TO THE NINTH CAUSE OF ACTION

**TWENTY-NINTH:** Repeats, reiterates and realleges each and every response to paragraphs numbered "1" through "165" of the Complaint as though fully set forth at length herein.

**THIRTIETH:** Denies each and every allegation contained in the paragraphs of the Complaint designated "177" and "178".

**THIRTY-FIRST:** Denies knowledge or information sufficient to form a belief as to each and every allegation contained in the paragraphs of the Complaint designated "166", "167", "168", "169", "170", "171", "172", "173", "174", "175", "176", "179" and "180".

### AS TO THE PRAYER FOR RELIEF

**THIRTY-SECOND**: Denies each and every allegation contained in the paragraphs of the Complaint designated "1" and "2".

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

**THIRTY-THIRD**: Defendant **SANJEEV RAJPAL, M.D.** claims the protection, benefits and limitations on liability as set forth in Article 1600 of the Civil Practice Law and Rules.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

**THIRTY-FOURTH**: Upon information and belief, that the alleged causes of action, if any, stated in the Complaint are barred by the applicable statute of limitations.

**WHEREFORE**, defendant, **SANJEEV RAJPAL, M.D.**, demands judgment dismissing the Complaint herein, together with the costs and disbursements of this action.

Dated:    New York, New York
          March 12, 2008

                              **BELAIR & EVANS LLP**
                              Attorneys for Defendant
                              **SANJEEV RAJPAL, M.D.**
                              61 Broadway - Suite 1320
                              New York, New York 10006
                              Telephone  (212) 344-3900

                              By: _/s/ Raymond W. Belair_
                                  Raymond W. Belair
                                  (RWB 9297)

TO:

LEAHEY & JOHNSON, P.C.
Attorneys for Plaintiff
120 Wall Street, Suite 2220
New York, New York 10005
Tel.: (212) 269-7308

THE BROOKDALE HOSPITAL MEDICAL CENTER
One Brookdale Plaza
Brooklyn, New York 11212

CLASS SURGERY BROOKLYN GROUP, P.C.
1633 Remsen Avenue
Brooklyn, New York 11236

NEW FRANKLIN REHABILITATION and HEALTH CARE FACILITY, LLC
147-27 Franklin Avenue
Flushing, New York 11355

FRANKLIN CENTER FOR REHABILITATION & NURSING, INC.
147-27 Franklin Avenue
Flushing, New York 11355

FRANKLIN CENTER FOR REHABILITATION & NURSING
147-27 Franklin Avenue
Flushing, New York 11355

ISRAEL SHERMAN
7233 137th Street
Flushing, New York 11367-2310

THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS
56-45 Main Street
Flushing, New York 11355

WILLIAM DUKE, M.D.
118-11 Hillside Avenue
Hollis, New York 11423

HILLSIDE MANOR COMPREHENSIVE CARE CENTER
118-11 Hillside Avenue
Hollis, New York 11423

THE MOUNT SINAI HOSPITAL
One Gustave L. Levy Place
New York, New York 10029

HOWARD CHOI, M.D.
One Gustave L. Levy Place
New York, New York 10029

DANIELLE PERRET, M.D.
One Gustave L. Levy Place
New York, New York 10029

BRIAN RIORDAN, M.D.
One Gustave L. Levy Place
New York, New York 10029

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) SS:
COUNTY OF NEW YORK )

I, MARCY KRUSKAL, being duly sworn, say:

I am not a party to this action, am over 18 years of age and reside in Staten Island, New York.

On March 13, 2008, I served the within **ANSWER** by depositing a true copy thereof in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

UPON:

LEAHY & JOHNSON, P.C.
Attorneys for Plaintiff
120 Wall Street, Suite 2220
New York, New York 10005

THE BROOKDALE HOSPITAL MEDICAL CENTER
One Brookdale Plaza
Brooklyn, New York 11212

CLASS SURGERY BROOKLYN GROUP, P.C.
1633 Remsen Avenue
Brooklyn, New York 11236

NEW FRANKLIN REHABILITATION and HEALTH CARE FACILITY, LLC
147-27 Franklin Avenue
Flushing, New York 11355

FRANKLIN CENTER FOR REHABILITATION & NURSING, INC.
147-27 Franklin Avenue
Flushing, New York 11355

FRANKLIN CENTER FOR REHABILITATION & NURSING
147-27 Franklin Avenue
Flushing, New York 11355

ISRAEL SHERMAN
7233 137th Street
Flushing, New York 11367-2310

THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS
56-45 Main Street
Flushing, New York 11355

WILLIAM DUKE, M.D.
118-11 Hillside Avenue
Hollis, New York 11423

HILLSIDE MANOR COMPREHENSIVE CARE CENTER
118-11 Hillside Avenue
Hollis, New York 11423

THE MOUNT SINAI HOSPITAL
One Gustave L. Levy Place
New York, New York 10029

HOWARD CHOI, M.D.
One Gustave L. Levy Place
New York, New York 10029

DANIELLE PERRET, M.D.
One Gustave L. Levy Place
New York, New York 10029

BRIAN RIORDAN, M.D.
One Gustave L. Levy Place
New York, New York 10029

_____
MARCY KRUSKAL

Sworn to before me this
____ day of March, 2008

_____
Notary Public

JOHN GIZUNTERMAN
Notary Public, State of New York
No. 02GI6144115
Qualified in Queens County
Commission Expires April 24, 20__

2

CASE NO.: 08 CV 1093

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE W. BROWN,

                Plaintiff,

   -against-

THE BROOKDALE HOSPITAL MEDICAL CENTER, SANJEEV RAJPAL, M.D., CLASS SURGERY BROOKLYN GROUP, P.C., THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D., DANIELLE PERRET, M.D., BRIAN RIORDAN, M.D., NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION & NURSING, ISRAEL SHERMAN, WILLIAM DUKE, M.D., HILLSIDE MANOR COMPREHENSIVE CARE CENTER, and THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS,

                Defendants.

---

**ANSWER**

---

BELAIR & EVANS LLP
Attorneys for Defendant
**SANJEEV RAJPAL, M.D.**
61 Broadway - Suite 1320
New York, New York 10006
Tel.: (212) 344-3900

---

TO:

**ALL PARTIES**