```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
==========================================X
```
GEORGE W. BROWN,

        Plaintiff,

-against-

THE BROOKDALE HOSPITAL MEDICAL CENTER, SANJEEV RAJPAL, M.D., CLASS SURGERY BROOKLYN GROUP, P.C., THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D., DANIELLE PERRET, M.D., BRIAN RIORDAN, M.D., NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION & NURSING, ISRAEL SHERMAN, WILLIAM DUKE, M.D., HILLSIDE MANOR COMPREHENSIVE CARE CENTER, and THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS,

        Defendants.

Case No.: 08 CV 1093 LMM

**RULE 7.1 STATEMENT**

```
==========================================X
```

    Defendant **CLASS SURGERY BROOKLYN GROUP, P.C.**, by its attorneys, **BELAIR & EVANS LLP**, pursuant to Federal Rule of Civil Procedure 7.1, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:    New York, New York
            May 22, 2008

                            **BELAIR & EVANS LLP**
                            Attorneys for Defendant
                            **CLASS SURGERY BROOKLYN GROUP, P.C.**
                            61 Broadway - Suite 1320
                            New York, New York 10006
                            Telephone: (212) 344-3900

                            By: _____
                                Marshall J. Shepardson
                                (MS2091)

TO:

Leahey & Johnson, P.C.
Attorneys for Plaintiff
120 Wall Street, Suite 2220
New York, NY  10005

Martin Clearwater & Bell LLP
Attorneys for THE BROOKDALE HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, NY  10017

Wilson Elser Moskowitz Edelman & Dicker LLP
Attorneys for THE MOUNT SINAI HOSPITAL,
HOWARD CHOI, M.D., DANIELLE PERRET, M.D., and
BRIAN RIORDAN, M.D.
150 East 42nd Street
New York, NY  10017

Kopff, Nardelli & Dopf LLP
Attorneys for NEW FRANKLIN REHABILITATION
& HEALTH CARE FACILITY, LLC, FRANKLIN CENTER
FOR REHABILITATION & NURSING, INC.,
FRANKLIN CENTER FOR REHABILITATION & NURSING,
ISRAEL SHERMAN, and WILLIAM DUKE, M.D.
440 Ninth Avenue
New York, NY  10001-1688

Furey, Furey, Leverage, Manzione, Williams & Darlington, P.C.
Attorneys for HILLSIDE MANOR COMPREHENSIVE CARE CENTER
600 Front Street
Hempstead, NY  11550-4494

Wagner, Doman & Leto, P.C.
Attorneys for THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS
227 Mineola Blvd.
Mineola, NY  11501

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
                  ) SS:
COUNTY OF NEW YORK )

I, MARCY KRUSKAL, being duly sworn, say:

I am not a party to this action, am over 18 years of age and reside in Staten Island, New York.

On May 23, 2008, I served the within **RULE 7.1 STATEMENT** by depositing a true copy thereof in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

UPON:

Leahey & Johnson, P.C.
Attorneys for Plaintiff
120 Wall Street, Suite 2220
New York, NY  10005

Martin Clearwater & Bell LLP
Attorneys for THE BROOKDALE HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, NY  10017

Wilson Elser Moskowitz Edelman & Dicker LLP
Attorneys for THE MOUNT SINAI HOSPITAL,
HOWARD CHOI, M.D., DANIELLE PERRET, M.D., and
BRIAN RIORDAN, M.D.
150 East 42nd Street
New York, NY  10017

Kopff, Nardelli & Dopf LLP
Attorneys for NEW FRANKLIN REHABILITATION
& HEALTH CARE FACILITY, LLC, FRANKLIN CENTER
FOR REHABILITATION & NURSING, INC.,
FRANKLIN CENTER FOR REHABILITATION & NURSING,
ISRAEL SHERMAN, and WILLIAM DUKE, M.D.
440 Ninth Avenue
New York, NY  10001-1688

Furey, Furey, Leverage, Manzione, Williams & Darlington, P.C.
Attorneys for HILLSIDE MANOR COMPREHENSIVE CARE CENTER
600 Front Street
Hempstead, NY 11550-4494

Wagner, Doman & Leto, P.C.
Attorneys for THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS
227 Mineola Blvd.
Mineola, NY 11501

_____
MARCY KRUSKAL

Sworn to before me this
23rd day of May, 2008

_____
Notary Public

JOSEPH F. FERRETTE
Notary Public, State of New York
No. 30-4951652
Qualified in Nassau County
Commission Expires May 30, 20 11

CASE NO.: 08 CV 1093

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE W. BROWN,

                Plaintiff,

    -against-

THE BROOKDALE HOSPITAL MEDICAL CENTER,
SANJEEV RAJPAL, M.D., CLASS SURGERY
BROOKLYN GROUP, P.C., THE MOUNT SINAI
HOSPITAL, HOWARD CHOI, M.D., DANIELLE
PERRET, M.D., BRIAN RIORDAN, M.D., NEW
FRANKLIN REHABILITATION & HEALTH CARE
FACILITY, LLC, FRANKLIN CENTER FOR
REHABILITATION & NURSING, INC., FRANKLIN
CENTER FOR REHABILITATION & NURSING,
ISRAEL SHERMAN, WILLIAM DUKE, M.D.,
HILLSIDE MANOR COMPREHENSIVE CARE
CENTER, and THE NEW YORK HOSPITAL
MEDICAL CENTER OF QUEENS,

                Defendants.

---

**RULE 7.1 STATEMENT**

---

BELAIR & EVANS LLP
Attorneys for Defendant
**CLASS SURGERY BROOKLYN GROUP, P.C.**
61 Broadway - Suite 1320
New York, New York 10006
Tel.: (212) 344-3900

---

TO:

**ALL PARTIES**