DMD/ycp #18-149
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=============================================X

GEORGE W. BROWN,                       Case No.: 08 CV 1093 LMM

                Plaintiff,

                                                                                           RULE 26(a) (1)
               -against-                                                       **INITIAL DISCLOSURE**

THE BROOKDALE HOSPITAL MEDICAL CENTER,
SANJEEV RAJPAL, M.D., CLASS SURGERY
BROOKLYN GROUP, P.C., THE MOUNT SINAI
HOSPITAL, HOWARD CHOI, M.D., DANIELLE
PERRET, M.D., BRIAN RIORDAN, M.D., NEW
FRANKLIN REHABILITATION & HEALTH CARE
FACILITY, LLC, FRANKLIN CENTER FOR
REHABILITATION & NURSING, INC., FRANKLIN
CENTER FOR REHABILITATION & NURSING,
ISRAEL SHERMAN, WILLIAM DUKE, M.D.,
HILLSIDE MANOR COMPREHENSIVE CARE
CENTER, and THE NEW YORK HOSPITAL
MEDICAL CENTER OF QUEENS,

                Defendants.
=============================================X

        Defendant **THE NEW YORK HOSPITAL OF QUEENS**, by its attorneys, **WAGNER, DOMAN & LETO, P.C.**, as and for its automatic disclosure states as follows:

        1.      The within defendant is unaware of any individuals who are likely to have information relevant to the disputed facts alleged other than the parties to this action and any name that may appear in the medical records.

        2.      The within defendant does not have possession, custody or control of any documents relevant to the disputed facts, other than the medical records of New York Hospital of Queens which have previously been provided.

        3.      The within defendant is not claiming any damages in this matter.

4. We have been advised that Defendant New York Hospital of Queens insurance information is as follows: The Medical Center was self-insured for the policy period September 17, 2005 through September 16, 2006. The policy limits are $2.3 million/$6.9 million. For the first layer of excess, the Medical Center remained self-insured with limits of $7.7 million for each and every case with no aggregate.

Defendant, NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS reserves the right to supplement and/or amend its response up to and including the time of trial.

Dated: Mineola, New York
June 18, 2008

Yours, etc.,

**WAGNER, DOMAN & LETO, P.C.**
Attorneys for Defendants:
NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS
227 Mineola Boulevard
Mineola, New York 11501
(516) 742-1444

By: _/s/ Diana M. D'Alessio DiLeo_
DIANA M. D'ALESSIO DI LEO

TO:

**LEAHEY & JOHNSON, P.C.**
Attorneys for Plaintiff
120 Wall Street, Suite 2220
New York, New York 10005
(212) 269-7308

**MARTIN, CLEARWATER & BELL, LLP**
Attorneys for Defendants:
THE BROOKDALE HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, New York 10017
(212) 697-3122

**BELAIR & EVANS, LLP**
Attorneys for Defendants:
SANJEEV RAJPAL, M.D. and
CLASS SURGERY BROOKLYN GROUP, P.C.
61 Broadway - Suite 1320
New York, New York 10006
(212) 344-3900

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
Attorneys for Defendants:
THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D.,
DANIELLE PERRET, M.D., and BRIAN RIORDAN, M.D.
150 East 42nd Street
New York, New York 10017
(212) 490-3000
File No.: 22930.00949

**KOPFF, NARDELLI & DOPF, LLP**
Attorneys for Defendants:
NEW FRANKLIN REHABILITATION & HEALTH CARE
FACILITY, LLC, FRANKLIN CENTER FOR
REHABILITATION & NURSING, INC., FRANKLIN
CENTER FOR REHABILITATION & NURSING,
ISRAEL SHERMAN, and WILLIAM DUKE, M.D.
440 Ninth Avenue
New York, New York 10001-1688
(212) 330-0279

**FUREY, FUREY, LEVERAGE, MANZIONE,
WILLIAMS & DARLINGTON, P.C.**
Attorneys for Defendants:
HILLSIDE MANOR COMPREHENSIVE CARE CENTER
600 Front Street
Hempstead, New York 11550-4494
(516) 538-2500

STATE OF NEW YORK ) ss.:
COUNTY OF NASSAU )

## AFFIDAVIT OF SERVICE

YVONNE C. PURSOO, being duly sworn, deposes and says that she is not a party to the within action, is over 18 years of age, and resides at Richmond Hill, New York.

On the 24th day of June 2008, she served a copy of the within **RULE 26(a) (1) INITIAL DISCLOSURE** upon the following:

**LEAHEY & JOHNSON, P.C.**
Attorneys for Plaintiff
120 Wall Street, Suite 2220
New York, New York 10005
(212) 269-7308

**MARTIN, CLEARWATER & BELL, LLP**
Attorneys for Defendants:
THE BROOKDALE HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, New York 10017
(212) 697-3122

**BELAIR & EVANS, LLP**
Attorneys for Defendants:
SANJEEV RAJPAL, M.D. and
CLASS SURGERY BROOKLYN GROUP, P.C.
61 Broadway - Suite 1320
New York, New York 10006
(212) 344-3900

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
Attorneys for Defendants:
THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D.,
DANIELLE PERRET, M.D., and BRIAN RIORDAN, M.D.
150 East 42nd Street
New York, New York 10017
(212) 490-3000
File No.: 22930.00949

**KOPFF, NARDELLI & DOPF, LLP**
Attorneys for Defendants:
NEW FRANKLIN REHABILITATION & HEALTH CARE
FACILITY, LLC, FRANKLIN CENTER FOR
REHABILITATION & NURSING, INC., FRANKLIN
CENTER FOR REHABILITATION & NURSING,
ISRAEL SHERMAN, and WILLIAM DUKE, M.D.
440 Ninth Avenue
New York, New York 10001-1688
(212) 330-0279

FUREY, FUREY, LEVERAGE, MANZIONE,
WILLIAMS & DARLINGTON, P.C.
Attorneys for Defendants:
HILLSIDE MANOR COMPREHENSIVE CARE CENTER
600 Front Street
Hempstead, New York 11550-4494
(516) 538-2500

depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York via First Class Regular Mail.

_____
YVONNE C. PURSOO

Sworn to before me this
24th day of June 2008

_____
NOTARY PUBLIC

MARION GREENBERG
Notary Public, State of New York
No. 4702345
Qualified in Nassau County
Commission Expires __1/31/10__

Case No.: 08 CV 1030 LMM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE W. BROWN,

                     Plaintiff,

against

THE BROOKDALE HOSPITAL MEDICAL CENTER, SANJEEV RAJPAL, M.D., CLASS SURGERY BROOKLYN GROUP, P.C., THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D., DANIELLE PERRET, M.D., BRIAN RIORDAN, M.D., NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION & NURSING, ISRAEL SHERMAN, WILLIAM DUKE, M.D., HILLSIDE MANOR COMPREHENSIVE CARE CENTER, and THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS,

                     Defendants.

## RULE 26(a)(1) INITIAL DISCLOSURE

WAGNER, DOMAN & LETO, P.C.
ATTORNEYS AT LAW
*Attorneys for Defendants*
*Office and Post Office Address, Telephone*
227 Mineola Blvd.
MINEOLA, NEW YORK 11501
(516) 742-1414

TO:

Attorney(s) for

Service of a copy of the within _____ is hereby admitted.

Dated: _____

                  Attorney(s)

PLEASE TAKE NOTICE:

☐ that the within is a certified true copy of a Notice of Entry entered in the office of the clerk of the within named court on

☐ that an Order of which the within is a true copy will be presented for settlement to the Hon. One of the judges of the within named Court at On _____ at _____ M.

DATED:                    Yours, etc.

                  WAGNER, DOMAN & LETO, P.C.
                  ATTORNEYS AT LAW
                  *Attorneys for*
                  227 Mineola Blvd.