```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=========================================X
GEORGE W. BROWN,

                    Plaintiff,

    -against-

THE BROOKDALE HOSPITAL MEDICAL CENTER,        Case No.: 08 CV 1093
SANJEEV RAJPAL, M.D., CLASS SURGERY                     LMM
BROOKLYN GROUP, P.C., THE MOUNT SINAI
HOSPITAL, HOWARD CHOI, M.D., DANIELLE          RULE 26(a)(1)
PERRET, M.D., BRIAN RIORDAN, M.D., NEW         INITIAL DISCLOSURE
FRANKLIN REHABILITATION & HEALTH CARE
FACILITY, LLC, FRANKLIN CENTER FOR
REHABILITATION & NURSING, INC., FRANKLIN
CENTER FOR REHABILITATION & NURSING,
ISRAEL SHERMAN, WILLIAM DUKE, M.D.,
HILLSIDE MANOR COMPREHENSIVE CARE
CENTER, and THE NEW YORK HOSPITAL
MEDICAL CENTER OF QUEENS,

                    Defendants.
=========================================X
```

Defendants **SANJEEV RAJPAL, M.D.**, and **CLASS SURGERY BROOKLYN GROUP, P.C.** (hereinafter, "Responding Defendants"), by their attorneys, **BELAIR & EVANS LLP**, pursuant to Federal Rule of Civil Procedure 26(a)(1), state as follows, upon information and belief:

1. Responding Defendants are not aware at this time of any persons likely to have information that Responding Defendants may use in their defense, other than those persons who may be named in the pertinent medical records.

2. Responding Defendants do not have possession, custody, or control of any documents, electronically stored information, or tangible things that Responding Defendants anticipate may be used in support of their defense.

3. Responding Defendants are not claiming any damages in this matter.

4. For the purpose of this legal action, defendant **SANJEEV RAJPAL, M.D.**, is insured by Medical Liability Mutual Insurance Company policy number mp-0311902, which provides coverage for claims made based on events retroactive to July 1, 1983, limited to $1.3 million per occurrence and $3.9 million in the aggregate. Defendant **CLASS SURGERY BROOKLYN GROUP, P.C.**, is afforded $1.3 million in additional coverage under the policy.

Dated:   New York, New York
         June 3, 2008

            **BELAIR & EVANS LLP**
            Attorneys for Defendants
            **SANJEEV RAJPAL, M.D.** and
            **CLASS SURGERY BROOKLYN GROUP, P.C.**
            61 Broadway - Suite 1320
            New York, New York 10006
            Telephone: (212) 344-3900

          By: _/s/ Marshall J. Shepardson_
            Marshall J. Shepardson
            (MS2091)

TO:

Leahey & Johnson, P.C.
Attorneys for Plaintiff
120 Wall Street, Suite 2220
New York, NY  10005

Martin Clearwater & Bell LLP
Attorneys for THE BROOKDALE HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, NY  10017

Wilson Elser Moskowitz Edelman & Dicker LLP
Attorneys for THE MOUNT SINAI HOSPITAL,
HOWARD CHOI, M.D., DANIELLE PERRET, M.D., and
BRIAN RIORDAN, M.D.
150 East 42nd Street
New York, NY  10017

Kopff, Nardelli & Dopf LLP
Attorneys for NEW FRANKLIN REHABILITATION
& HEALTH CARE FACILITY, LLC, FRANKLIN CENTER
FOR REHABILITATION & NURSING, INC.,
FRANKLIN CENTER FOR REHABILITATION & NURSING,
ISRAEL SHERMAN, and WILLIAM DUKE, M.D.
440 Ninth Avenue
New York, NY  10001-1688

Furey, Furey, Leverage, Manzione, Williams & Darlington, P.C.
Attorneys for HILLSIDE MANOR COMPREHENSIVE CARE CENTER
600 Front Street
Hempstead, NY  11550-4494

Wagner, Doman & Leto, P.C.
Attorneys for THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS
227 Mineola Blvd.
Mineola, NY  11501

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) SS:
COUNTY OF NEW YORK )

      I, MARCY KRUSKAL, being duly sworn, say:

      I am not a party to this action, am over 18 years of age and reside in Staten Island, New York.

      On June 4, 2008, I served the within **RULE 26(a)(1) INITIAL DISCLOSURE** by depositing a true copy thereof in a postpaid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

UPON:

Leahey & Johnson, P.C.
Attorneys for Plaintiff
120 Wall Street, Suite 2220
New York, NY  10005

Martin Clearwater & Bell LLP
Attorneys for THE BROOKDALE HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, NY  10017

Wilson Elser Moskowitz Edelman & Dicker LLP
Attorneys for THE MOUNT SINAI HOSPITAL,
HOWARD CHOI, M.D., DANIELLE PERRET, M.D., and
BRIAN RIORDAN, M.D.
150 East 42nd Street
New York, NY  10017

Kopff, Nardelli & Dopf LLP
Attorneys for NEW FRANKLIN REHABILITATION
& HEALTH CARE FACILITY, LLC, FRANKLIN CENTER
FOR REHABILITATION & NURSING, INC.,
FRANKLIN CENTER FOR REHABILITATION & NURSING,
ISRAEL SHERMAN, and WILLIAM DUKE, M.D.
440 Ninth Avenue
New York, NY  10001-1688

Furey, Furey, Leverage, Manzione, Williams & Darlington, P.C.
Attorneys for HILLSIDE MANOR COMPREHENSIVE CARE CENTER
600 Front Street
Hempstead, NY  11550-4494

Wagner, Doman & Leto, P.C.
Attorneys for THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS
227 Mineola Blvd.
Mineola, NY  11501

_____
MARCY KRUSKAL

Sworn to before me this
____ day of June, 2008

_____
Notary Public

JOHN GIZUNTERMAN
Notary Public, State of New York
No. 02GI6144115
Qualified in Queens County
Commission Expires April 24, 20__

2

CASE NO.: 08 CV 1093

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE W. BROWN,

           Plaintiff,

  -against-

THE BROOKDALE HOSPITAL MEDICAL CENTER, SANJEEV RAJPAL, M.D., CLASS SURGERY BROOKLYN GROUP, P.C., THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D., DANIELLE PERRET, M.D., BRIAN RIORDAN, M.D., NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION & NURSING, ISRAEL SHERMAN, WILLIAM DUKE, M.D., HILLSIDE MANOR COMPREHENSIVE CARE CENTER, and THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS,

           Defendants.

---

**RULE 26(a)(1) INITIAL DISCLOSURE**

---

BELAIR & EVANS LLP
Attorneys for Defendants
**SANJEEV RAJPAL, M.D. and
CLASS SURGERY BROOKLYN GROUP, P.C.**
61 Broadway - Suite 1320
New York, New York 10006
Tel.: (212) 344-3900

---

TO:

**ALL PARTIES**