DMD/ycp #18-149
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
=========================================X
GEORGE W. BROWN,

                Plaintiff,

       -against-

THE BROOKDALE HOSPITAL MEDICAL CENTER, SANJEEV RAJPAL, M.D., CLASS SURGERY BROOKLYN GROUP, P.C., THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D., DANIELLE PERRET, M.D., BRIAN RIORDAN, M.D., NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION & NURSING, ISRAEL SHERMAN, WILLIAM DUKE, M.D., HILLSIDE MANOR COMPREHENSIVE CARE CENTER, and THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS,

                Defendants.
=========================================X

Case No.: 08 CV 1093 LMM

**RULE 7.1**
**STATEMENT**

Defendant **THE NEW YORK HOSPITAL OF QUEENS**, by its attorneys, **WAGNER, DOMAN & LETO, P.C.**, pursuant to Federal Rule of Civil Procedure 7.1, states:

1. The New York Hospital Medical Center of Queens (NYHQ) is a New York not-for-profit corporation whose Trustees are elected by its Members. Under the NYHQ By-Laws, the New York-Presbyterian Healthcare System ("System, Inc.") which is also a New York not-for-profit corporation, is authorized to select the Members of NYHQ who elect the NYHQ Trustees. However, neither System, Inc. nor the Members can direct the operations or management of NYHQ. The NYHQ By-Laws expressly limit the powers of the Members and of System, Inc. The NYHQ Board of Trustees continues to have and exercise the power and authority over the management and operations of NYHQ; and

      2.      No publicly held corporation owns 10% or more of its stock.

Dated: Mineola, New York
       June 18, 2008

                                         Yours, etc.,

                                         ***WAGNER, DOMAN & LETO, P.C.***
                                         Attorneys for Defendants:
                                         NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS
                                         227 Mineola Boulevard
                                         Mineola, New York 11501
                                         (516) 742-1444

                                         By: _/s/ Diana M. D'Alessio Di Leo_
                                              DIANA M. D'ALESSIO DI LEO

TO:

**LEAHEY & JOHNSON, P.C.**
Attorneys for Plaintiff
120 Wall Street, Suite 2220
New York, New York 10005
(212) 269-7308

**MARTIN, CLEARWATER & BELL, LLP**
Attorneys for Defendants:
THE BROOKDALE HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, New York 10017
(212) 697-3122

**BELAIR & EVANS, LLP**
Attorneys for Defendants:
SANJEEV RAJPAL, M.D. and
CLASS SURGERY BROOKLYN GROUP, P.C.
61 Broadway - Suite 1320
New York, New York 10006
(212) 344-3900

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
Attorneys for Defendants:
THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D.,
DANIELLE PERRET, M.D., and BRIAN RIORDAN, M.D.
150 East 42nd Street
New York, New York 10017
(212) 490-3000
File No.: 22930.00949

**KOPFF, NARDELLI & DOPF, LLP**
Attorneys for Defendants:
NEW FRANKLIN REHABILITATION & HEALTH CARE
FACILITY, LLC, FRANKLIN CENTER FOR
REHABILITATION & NURSING, INC., FRANKLIN
CENTER FOR REHABILITATION & NURSING,
ISRAEL SHERMAN, and WILLIAM DUKE, M.D.
440 Ninth Avenue
New York, New York 10001-1688
(212) 330-0279

**FUREY, FUREY, LEVERAGE, MANZIONE,
WILLIAMS & DARLINGTON, P.C.**
Attorneys for Defendants:
HILLSIDE MANOR COMPREHENSIVE CARE CENTER
600 Front Street
Hempstead, New York 11550-4494
(516) 538-2500

STATE OF NEW YORK ) ss.:
COUNTY OF NASSAU )

## AFFIDAVIT OF SERVICE

YVONNE C. PURSOO, being duly sworn, deposes and says that she is not a party to the within action, is over 18 years of age, and resides at Richmond Hill, New York.

On the 24th day of June 2008, she served a copy of the within **RULE 7.1 STATEMENT** upon the following:

**LEAHEY & JOHNSON, P.C.**
Attorneys for Plaintiff
120 Wall Street, Suite 2220
New York, New York 10005
(212) 269-7308

**MARTIN, CLEARWATER & BELL, LLP**
Attorneys for Defendants:
THE BROOKDALE HOSPITAL MEDICAL CENTER
220 East 42nd Street
New York, New York 10017
(212) 697-3122

**BELAIR & EVANS, LLP**
Attorneys for Defendants:
SANJEEV RAJPAL, M.D. and
CLASS SURGERY BROOKLYN GROUP, P.C.
61 Broadway - Suite 1320
New York, New York 10006
(212) 344-3900

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP**
Attorneys for Defendants:
THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D.,
DANIELLE PERRET, M.D., and BRIAN RIORDAN, M.D.
150 East 42nd Street
New York, New York 10017
(212) 490-3000
File No.: 22930.00949

**KOPFF, NARDELLI & DOPF, LLP**
Attorneys for Defendants:
NEW FRANKLIN REHABILITATION & HEALTH CARE
FACILITY, LLC, FRANKLIN CENTER FOR
REHABILITATION & NURSING, INC., FRANKLIN
CENTER FOR REHABILITATION & NURSING,
ISRAEL SHERMAN, and WILLIAM DUKE, M.D.
440 Ninth Avenue
New York, New York 10001-1688
(212) 330-0279

FUREY, FUREY, LEVERAGE, MANZIONE,
WILLIAMS & DARLINGTON, P.C.
Attorneys for Defendants:
HILLSIDE MANOR COMPREHENSIVE CARE CENTER
600 Front Street
Hempstead, New York 11550-4494
(516) 538-2500

depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York via First Class Regular Mail.

_____
YVONNE C. PURSOO

Sworn to before me this
24th day of June 2008

_____
NOTARY PUBLIC

MARION GREENBERG
Notary Public, State of New York
No. 4702345
Qualified in Nassau County
Commission Expires 1/21/10

Case No: 08 CV 1089 LMM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE W. BROWN

Plaintiff

against

THE BROOKDALE HOSPITAL MEDICAL CENTER, SANJEEV RAJPAL, M.D., GLASS SURGERY BROOKLYN GROUP, P.C., THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D., DANIELLE PERRET, M.D., BRIAN RIORDAN, M.D., NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION & NURSING, ISRAEL SHERMAN, WILLIAM DUKE, M.D., HILLSIDE MANOR COMPREHENSIVE CARE CENTER, and THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS,

Defendants.

---

## RULE 7.1 STATEMENT

---

WAGNER, DOMAN & LETO, P.C.
ATTORNEYS AT LAW
Attorneys for Defendants
*Office and Post Office Address, Telephone*
227 Mineola Blvd.
MINEOLA, NEW YORK 11501
(516) 747-1444

---

To:

Attorney(s) for

Service of a copy of the within                                                             is hereby admitted.

Dated:

                                                                                    Attorney(s)

---

PLEASE TAKE NOTICE

[ ] that the within is a (certified) true copy of a
    Notice of Entry entered in the office of the clerk of the within named court on

[ ] that an Order of which the within is a true copy will be presented for settlement to the Hon.
    One of the judges of the within named Court, at
    on                              at      M.

DATED:                                                                              Yours, etc.

                                                                    WAGNER, DOMAN & LETO, P.C.
                                                                         ATTORNEYS AT LAW
                                                                           *Attorneys for*
                                                                          227 Mineola Blvd.