UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GEORGE W. BROWN,　　　　　　　　　　　　　Index# 08 CV 1093

　　　　　　　　　　Plaintiff,　　　　　　　　　　　ᴌ-ORDER
　　　-against-　　　　　　　　　　　　　　　STIPULATION OF
　　　　　　　　　　　　　　　　　　　　　　　*PARTIAL* DISMISSAL

THE BROOKDALE HOSPITAL MEDICAL
CENTER, SANJEEV RAJPAL, M.D., CLASS
SURGERY BROOKLYN GROUP, P.C., THE
MOUNT SINAI HOSPITAL, HOWARD CHOI,
M.D., DANIELLE PERRET, M.D., BRIAN
RIORDAN, M.D., NEW FRANKLIN
REHABILITATION & HEALTH CARE
FACILITY, LLC, FRANKLIN CENTER FOR
REHABILITATION & NURSING, INC.,
FRANKLIN CENTER FOR REHABILITATION &
NURSING, ISRAEL SHERMAN, WILLIAM DUKE,
M.D., HILLSIDE MANOR COMPREHENSIVE
CARE CENTER and THE NEW YORK HOSPITAL
MEDICAL CENTER OF QUEENS,

　　　　　　　　　　Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/09

　　　IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for Plaintiff, George W. Brown, and Defendants, SANJEEV RAJPAL, M.D., CLASS SURGERY BROOKLYN GROUP, P.C., THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D., DANIELLE PERRET, M.D. and BRIAN RIORDAN, M.D. to the above-entitled action, that whereas no party hereto is an infant or incompetent person to whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued and dismissed, with prejudice, as to Defendants SANJEEV

RAJPAL, M.D., CLASS SURGERY BROOKLYN GROUP, P.C., THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D., DANIELLE PERRET, M.D. and BRIAN RIORDAN, M.D. only, including any and all counterclaims and cross-claims, without costs to either party as against the other.

The action against the remaining Defendants, THE BROOKDALE HOSPITAL MEDICAL CENTER, NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION & NURSING, ISRAEL SHERMAN, WILLIAM DUKE, M.D. and THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS is continued.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       July 14, 2009

_____
**LEAHEY & JOHNSON, PC**
Attorneys for Plaintiff
**GEORGE BROWN**
120 Wall Street, 20th floor
New York, New York 10005

_____
**WILSON ELSER MOSKOWITZ, LLP**
Attorneys for Defendants
**MOUNT SINAI HOSPITAL**
**DRS. CHOI, PERRET & RIORDAN**
150 East 42nd Street
New York, New York 10017

*[signature]*

---

**BELAIR & EVANS, LLP**
Attorneys for Defendants
**DR. SANJEEV RAJPAL**
**CLASS SURGERY**
61 Broadway, Suite 1320
New York, New York 10006
By: MARSHALL J. SHEPARDSON, ESQ.
MS2091

---

**KOPF, NARDELLI & DOPF, P.C.**
Attorneys for Defendants
**NEW FRANKLIN CENTER, et al.,**
**DR. WILLIAM DUKE**
**ISRAEL SHERMAN**
440 Ninth Avenue
New York, New York 10001

---

**WAGNER DOMAN & LETO, P.C.**
Attorneys for Defendant
**N.Y. HOSPITAL QUEENS**
227 Mineola Blvd.
Mineola, New York 11501

---

**MARTIN CLEARWATER & BELL**
Attorneys for Defendant
**BROOKDALE HOSPITAL**
220 East 42nd Street
New York, New York 10017

RAJPAL, M.D., CLASS SURGERY BROOKLYN GROUP, P.C., THE MOUNT SINAI HOSPITAL, HOWARD CHOI, M.D., DANIELLE PERRET, M.D. and BRIAN RIORDAN, M.D. only, including any and all counterclaims and cross-claims, without costs to either party as against the other.

The action against the remaining Defendants, THE BROOKDALE HOSPITAL MEDICAL CENTER, NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION & NURSING, ISRAEL SHERMAN, WILLIAM DUKE, M.D. and THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS is continued.

This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
July 14, 2009

| | |
|---|---|
| _[signature]_ | _[signature]_ Michael Stevens MS9623 |
| **LEAHEY & JOHNSON, PC** | **WILSON ELSER MOSKOWITZ, LLP** |
| Attorneys for Plaintiff | Attorneys for Defendants |
| **GEORGE BROWN** | **MOUNT SINAI HOSPITAL** |
| 120 Wall Street, 20th floor | **DRS. CHOI, PERRET & RIORDAN** |
| New York, New York 10005 | 150 East 42nd Street |
| | New York, New York 10017 |

Case 1:08-cv-01093-ALC-HBP   Document 68   Filed 08/05/09   Page 5 of 7
08/04/2009 Case 1:08-cv-01093-LMM-HBP   Document 67   Filed 08/04/2009   Page 5 of 7  04/004
08/03/2009  15:10  2125146661  BELAIR EVANS LLP  PAGE 04

*[signature]*  
BELAIR & EVANS, LLP  
Attorneys for Defendants  
DR. SANJEEV RAJPAL  
CLASS SURGERY  
61 Broadway, Suite 1320  
New York, New York 10006  
By: MARSHALL J. SHEPARDSON, ESQ.  
MS2091

*[signature]*  
KOPF, NARDELLI & DOPF, P.C.  
Attorneys for Defendants  
NEW FRANKLIN CENTER, et al.,  
DR. WILLIAM DUKE  
ISRAEL SHERMAN  
440 Ninth Avenue  
New York, New York 10001

WAGNER DOMAN & LETO, P.C.  
Attorneys for Defendant  
N.Y. HOSPITAL QUEENS  
227 Mineola Blvd.  
Mineola, New York 11501

MARTIN CLEARWATER & BELL  
Attorneys for Defendant  
BROOKDALE HOSPITAL  
220 East 42nd Street  
New York, New York 10017

*[signature]*
BELAIR & EVANS, LLP
Attorneys for Defendants
DR. SANJEEV RAJPAL
CLASS SURGERY
61 Broadway, Suite 1320
New York, New York 10006
By: MARSHALL J. SHEPARDSON, ESQ.
MS2091

KOPF, NARDELLI & DOPF, P.C.
Attorneys for Defendants
NEW FRANKLIN CENTER, et al.,
DR. WILLIAM DUKE
ISRAEL SHERMAN
440 Ninth Avenue
New York, New York 10001

*[signature]*
WAGNER DOMAN & LETO, P.C.
Attorneys for Defendant
N.Y. HOSPITAL QUEENS
227 Mineola Blvd.
Mineola, New York 11501
Diana Di Leo

MARTIN CLEARWATER & BELL
Attorneys for Defendant
BROOKDALE HOSPITAL
220 East 42nd Street
New York, New York 10017

BELAIR & EVANS, LLP
Attorneys for Defendants
**DR. SANJEEV RAJPAL**
**CLASS SURGERY**
61 Broadway, Suite 1320
New York, New York 10006

KOPF, NARDELLI & DOPF, P.C.
Attorneys for Defendants
**NEW FRANKLIN CENTER, et al.,**
**DR. WILLIAM DUKE**
**ISRAEL SHERMAN**
440 Ninth Avenue
New York, New York 10001

WAGNER DOMAN & LETO, P.C.
Attorneys for Defendant
**N.Y. HOSPITALQUEENS**
227 Mineola Blvd.
Mineola, New York 11501

MARTIN CLEARWATER & BELL
Attorneys for Defendant
**BROOKDALE HOSPITAL**
220 East 42nd Street
New York, New York 10017
By: Robert M. Drucker
RD1768

So Ordered: _____ 8/5/09
Hon. Lawrence M. McKenna, USDJ