UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GEORGE W. BROWN

      *Plaintiff,*

-against-

THE BROOKDALE HOSPITAL MEDICAL CENTER, NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION & NURSING, ISRAEL SHERMAN, WILLIAM DUKE, M.D., and THE NEW YORK HOSPITAL MEDICAL CENTER OF QUEENS,

      *Defendants,*
-------------------------------------------------------------X

Index# 08 CV 1093
LMM
Pittman, M.J.

*Notice of Motion to Strike Answer of the New Franklin Defendants*

**PLEASE TAKE NOTICE** that the Plaintiff, **GEORGE W. BROWN** by his attorneys, **LEAHEY & JOHNSON, P.C.**, upon the Declaration of **CHRISTOPHER DELAMERE CLARKE, ESQ.**, all the exhibits annexed thereto and the Memorandum of Law, will bring a motion for an Order pursuant to Rule 37(b)(2)(C) of the Federal Rules of Civil Procedure 1) striking the Answer of defendants **New Franklin Rehabilitation & Health Care Facility, LLC, Franklin Center for Rehabilitation & Nursing, Inc., and Franklin Center for Rehabilitation & Nursing** on the grounds that the Plaintiff has been unduly prejudiced and his case significantly delayed due to the defendants' long history of willful and contumacious conduct, bad faith and fault in inexcusably delaying the completion of discovery; in failing to respond to Plaintiff's Supplemental Demand for Documents from New

Franklin dated August 12, 2009, and Plaintiff's Second Demand for Documents from New Franklin dated November 20, 2009; in failing to comply with the Order of this Court dated December 21, 2009; in failing to comply with this Court's directive dated January 29, 2010, to respond to Plaintiff's demands; 2) and upon striking the Answer directing the Clerk to enter a default in favor of Plaintiff; and 3) for such other and further relief as the court deems justified under the circumstances.

Dated: New York, New York
       February 8, 2010

                                  Yours, etc.,

                                  LEAHEY & JOHNSON, P.C.
                                  *Attorneys for Plaintiff*
                                  GEORGE W. BROWN
                                  120 Wall Street, Suite 2220
                                  New York, New York 10005
                                  (212) 269-7308

BY: _____
                                  Christopher Delamere Clarke
                                  (CDC-6160)

TO:

Kopff, Nardelli & Dopf, LLP
Attorneys for Defendants
NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC
FRANKLIN CENTER FOR REHABILITATION & NURSING, INC.
FRANKLIN CENTER FOR REHABILITATION & NURSING
WILLIAM DUKE, M.D.

ISRAEL SHERMAN
440 Ninth Avenue
New York, New York 10001


Martin Clearwater & Bell LLP
Attorneys for Defendant
BROOKDALE HOSPITAL
220 East 42nd Street
New York, NY 10017-5842

Wagner, Doman & Leto, P.C.
Attorneys for Defendant
NY HOSPITAL MEDICAL CENTER OF QUEENS
227 Mineola Blvd.
Mineola, NY 11501

## CERTIFICATE OF SERVICE

I, hereby certify that on February 8, 2010 of a true and correct copy of:

**NOTICE OF MOTION TO STRIKE ANSWER OF THE NEW FRANKLIN DEFENDANTS AND DECLARATION IN SUPPORT**

was served upon opposing counsel by depositing it in the United States mail in a properly addressed envelope with sufficient postage, addressed as follows:

TO:

**KOPFF, NARDELLI & DOPF, LLP**
Attorneys for Defendants
*NEW FRANKLIN REHABILITATION*
*& HEALTH CARE FACILITY, LLC,*
*FRANKLIN CENTER FOR REHABILITATION*
*& NURSING, INC., FRANKLIN CENTER FOR*
*REHABILITATION & NURSING, WILLIAM*
*DUKE, M.D. and ISRAEL SHERMAN*
440 Ninth Avenue
New York, New York 10001

**MARTIN CLEARWATER & BELL, LLP**
Attorneys for Defendant
*BROOKDALE HOSPITAL*
220 East 42nd Street
New York, New York 10017-5842

**WAGNER, DOMAN & LETO, P.C.**
Attorneys for Defendant
*NY HOSPITAL MEDICAL CENTER*
*OF QUEENS*
227 Mineola Boulevard
Mineola, New York 11501

        LEAHEY & JOHNSON, P.C.
        Attorneys for Defendant
        GEORGE W. BROWN
        120 Wall Street, Suite 2220
        New York, New York 10005
        (212) 269-7308

        BY: _/s/ CLK_____
        Christopher Delamere Clarke
        (CDC-6160)

## CERTIFICATE OF SERVICE

I, hereby certify that on February 8, 2010 of a true and correct copy of:

**MEMORANDUM OF LAW**

was served upon opposing counsel by depositing it in the United States mail in a properly addressed envelope with sufficient postage, addressed as follows:

TO:

**KOPFF, NARDELLI & DOPF, LLP**
Attorneys for Defendants
*NEW FRANKLIN REHABILITATION
& HEALTH CARE FACILITY, LLC,
FRANKLIN CENTER FOR REHABILITATION
& NURSING, INC., FRANKLIN CENTER FOR
REHABILITATION & NURSING, WILLIAM
DUKE, M.D. and ISRAEL SHERMAN*
440 Ninth Avenue
New York, New York 10001

**MARTIN CLEARWATER & BELL, LLP**
Attorneys for Defendant
*BROOKDALE HOSPITAL*
220 East 42nd Street
New York, New York 10017-5842

**WAGNER, DOMAN & LETO, P.C.**
Attorneys for Defendant
*NY HOSPITAL MEDICAL CENTER
OF QUEENS*
227 Mineola Boulevard
Mineola, New York 11501

                        LEAHEY & JOHNSON, P.C.
                        Attorneys for Defendant
                        GEORGE W. BROWN
                        120 Wall Street, Suite 2220
                        New York, New York 10005
                        (212) 269-7308

                        BY: _____
                        Christopher Delamere Clarke
                        (CDC-6160)