USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GEORGE W. BROWN,         :

         Plaintiff,   :   08 Civ. 1093 (LMM)

   - against -          :   MEMORANDUM AND ORDER

THE BROOKDALE HOSPITAL MEDICAL   :
CENTER, et al.,
                      :

         Defendants.
                      :

------------------------------------x

McKENNA, D.J.,

    This Court accepts the Report and Recommendation dated July 19, 2010 of Magistrate Judge Pitman, imposing sanctions on defendants New Franklin Rehabilitation & Health Care Facility LLC, Franklin Center for Rehabilitation & Nursing, Inc., and Franklin Center for Rehabilitation & Nursing (collectively "New Franklin"), pursuant to Fed. R. Civ. P. 37(b)(2)(C).

    Both New Franklin and plaintiff have objected to the Report and Recommendation. The Court has reviewed de novo those portions of the Report and Recommendation to which objection is taken and concurs in the reasoning of Judge Pitman and accepts the recommendations set forth therein in full.

                                           SO ORDERED.

Dated: September 16, 2010

                                                Lawrence M. McKenna
                                                   U.S.D.J.

COPIES MAILED TO COUNSEL 16 AUG 2010