UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GEORGE W. BROWN,

                            Plaintiff,

   -against-

THE BROOKDALE HOSPITAL MEDICAL
CENTER, NEW FRANKLIN REHABILITATION &
HEALTH CARE FACILITY, LLC, FRANKLIN
CENTER FOR REHABILITATION &
NURSING, INC., FRANKLIN CENTER FOR
REHABILITATION & NURSING, ISRAEL
SHERMAN, WILLIAM DUKE, M.D.,
and THE NEW YORK HOSPITAL MEDICAL
CENTER OF QUEENS,

                            Defendants.

------------------------------------------------------------X

**MEMO ENDORSED**

ECF CASE

Case No.: 08 CV 1093 LMM

Lawrence M. McKenna U.S.D.J.

ON SUBMISSION – DATE &
TIME TO BE DETERMINED
BY COURT

*Motion granted. The amended answers are to be filed with the Clerk not later than 10/24/10. Plaintiffs have not shown any prejudice from amendment at this time. So ordered.*

*LMM/ 11/9/10*

### MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

Pursuant to the Federal Rules of Civil Procedure 15(a), and having been advised by counsel for the plaintiff that he will not consent to moving defendants', **NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, s/h/a NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., and FRANKLIN CENTER FOR REHABILITATION & NURSING** (hereinafter "New Franklin"), **ISRAEL SHERMAN, and WILLIAM DUKE, M.D.**, amendment of their Answers, defendants submit this motion requesting leave to file Amended Answers. (Copy of United States

{A0356757.DOC}

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2010

c/m 11/10/10