UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
BROWN :
:
Plaintiff(s), :
:   08 Civ. 1093 (LMM)
v. :
:   CASE MANAGEMENT PLAN
BROOKDALE MEDICAL CENTER, :   AND SCHEDULING ORDER
ET AL :
Defendant(s). :
:
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/16/2011

McKENNA, D.J.

1. Designated Magistrate Judge: Hon. _____.
2. ___ Complex   ___ Standard   ___ Expedited
3. Initial document production to be completed by _____.
4. Party depositions to be completed by _____.
5. Third party depositions to be completed by _____.
6. Parties and counsel to meet to discuss settlement by _____.
7. Experts' reports to be served by _____.
8. Experts' depositions to be completed by _____.
9. All EXPERT discovery to be completed by 8/1/11.
10. Next pretrial conference _____.
11. Parties consent to trial by Magistrate Judge: ___ Yes ___ No.
12. Other directions:

Dated:   New York, New York
         2/16/11

SO ORDERED.

_____
LAWRENCE M. McKENNA
U.S.D.J.