UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
GEORGE W. BROWN,

                  *Plaintiff*,

    -against-

THE BROOKDALE HOSPITAL MEDICAL
CENTER, SANJEEV RAJPAL, M.D., CLASS
SURGERY BROOKLYN GROUP, P.C., THE MOUNT
SINAI HOSPITAL, HOWARD CHOI, M.D.,
DANIELLE PERRET, M.D., BRIAN RIORDAN,
M.D., NEW FRANKLIN REHABILITATION &
HEALTH CARE FACILITY, LLC, FRANKLIN
CENTER FOR REHABILITATION & NURSING,
INC., FRANKLIN CENTER FOR REHABILITATION
& NURSING, ISRAEL SHERMAN, WILLIAM
DUKE, M.D., HILLSIDE MANOR
COMPREHENSIVE CARE CENTER, and THE NEW
YORK HOSPITAL MEDICAL CENTER OF
QUEENS,

                  *Defendants*.
------------------------------------------------------------- X

Docket # 08 CV 1093

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys for the parties to the above entitled action, that whereas no party hereto is an incompetent person for whom a committee has been appointed and no reason not a party has an interest in the outcome of this action, the above-entitled action be, and the same is hereby is, discontinued with prejudice as to defendants, **NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC, FRANKLIN CENTER FOR REHABILITATION & NURSING, INC., FRANKLIN CENTER FOR REHABILITATION and ISRAEL SHERMAN,** without costs to any party as against the other.

Dated: New York, New York
       January 17, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-22-12

| | |
|---|---|
| **LEAHEY & JOHNSON, P.C.**<br>*Attorneys for Plaintiff*<br>**GEORGE W. BROWN**<br>120 Wall Street<br>New York, New York 10005<br>(212)-269-7308<br>By: _____<br>Christopher D. Clarke, Esq. | **KOPFF, NARDELLI & DOPF, LLP.**<br>*Attorneys for Defendants*<br>**NEW FRANKLIN REHABILITATION & HEALTH CARE FACILITY, LLC**<br>**FRANKLIN CENTER FOR REHABILITATION & NURSING, INC.**<br>**FRANKLIN CENTER FOR REHABILITATION & NURSING**<br>**ISRAEL SHERMAN**<br>440 Ninth Avenue<br>New York, New York 10001<br>(212)-244-2999<br>By: _____<br>Denise Sapanara, Esq. |

**SO ORDERED:**

_____
U.S.D.J.
2-22-12